UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of ELIUD MONTOYA-ARCOS, deceased,<br><br>Plaintiiff,<br><br>v.<br><br>THE DAVEY TREE EXPERT COMPANY, et al.<br><br>Defendants. | Civil Case No.4:18-CV-00184-WTM-GRS |

**PLAINTIFFS' DISCLOSURE STATEMENT**
**S.D. Ga. LR 7.1.1**

The undersigned, counsel of record for the Plaintiffs, certifies that the following is a full and complete list of the parties in this action:

1. **Plaintiff:** Brian J. Huffman, as Administrator of the Estate of Eluid Montoya-arcos, Deceased

2. **Defendants:** The Davey Tree Expert Company, Wolf Tree, Inc., Marjorie L. Conner, Christopher Branch, Oscar Cruz, and Pablo Rangel A/k/a Pablo Rangel-Rubio

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

1. **Plaintiffs:** None.

2. **Defendants:** See Docs. 10, 12, 16 and 17, Defendants' Disclosure Statements.

The undersigned further certifies that the following is a full and complete list of other

persons, firms, partnerships, corporations or organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

1. **Plaintiff:** **The law firm of Savage, Turner, Durham, Pinckney & Savage, as well as individual attorneys at the firm, namely Brent J. Savage, Robert B. Turner, James D. Durham, Kathryn H. Pinckney, Brent J. Savage, Jr., Shannon C. O'Reilly, William J. Degenhart, Zachary Sprouse and Samuel L. Mikell.  The law firm of Watts & Watts, as well as individual attorneys John Watts and Claire G. Watts.**

2. **Defendants:** See Docs. 10, 12, 16 and 17, Defendants' Disclosure Statements.

Respectfully submitted, this 15th day of August, 2018.

                                      /s/    Robert Bartley Turner
                                      Georgia Bar No. 006440

***SAVAGE, TURNER, DURHAM, PINCKNEY & SAVAGE***
102 E. Liberty Street, 8th Floor
Post Office Box 10600
Savannah, Georgia 31412
(912) 231-1140

## CERTIFICATE OF SERVICE

I, Robert Bartley Turner, do hereby certify that I have this day served a copy of the foregoing pleading on the following counsel in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing as follows:

| | | |
|---|---|---|
| Wiley A. Wasden, III<br>William E. Dillard<br>Brennan Wasden &<br>Painter LLC<br>Post Office Box 8047<br>Savannah, Georgia 31412 | John Charles Watts, Jr.<br>Watts & Watts<br>145 Habersham Street<br>Savannah, Georgia<br>31401 | I. Gregory Hodges<br>George T. Major, Jr.<br>Oliver Maner LLP<br>218 West State Street<br>Savannah, Georgia 31401 |
| Elizabeth B. Wright<br>John R. Mitchell<br>Andrea B. Daloia<br>Thompson Hine LLP<br>3900 Key Tower<br>127 Public Square<br>Cleveland, Ohio 44114 | R. Clay Ratterree<br>Ellis, Painter, Ratterree<br>& Adams LLP<br>2 East Bryan Street,<br>10th Fl.<br>Savannah, Georgia<br>31401 | Carlton E. Joyce<br>Vandana Murty<br>Bouhan Falligant, LLP<br>P. O. Box 2139<br>Savannah, Georgia 31402 |

Respectfully submitted, this 15th day of August, 2018.

/s/    Robert Bartley Turner
Georgia Bar No. 006440

***SAVAGE, TURNER, DURHAM,***
 ***PINCKNEY & SAVAGE***
102 E. Liberty Street, 8th Floor
Post Office Box 10600
Savannah, Georgia 31412
(912) 231-1140
**bturner@savagelawfirm.net**

## CERTIFICATE OF SERVICE

I, Robert Bartley Turner, do hereby certify that I have this day served a copy of the foregoing pleading upon the following via United States Mail with proper postage affixed thereon and addressed as follows:

Mr. Pablo Rangel Rubio<br>
c/o Chatham County Sheriff's Office<br>
1074 Carl Griffin Drive<br>
Savannah, Georgia 31405

This 15th day of August, 2018

/s/   Robert Bartley Turner
Georgia Bar No. 006440

***SAVAGE, TURNER, DURHAM,***
 ***PINCKNEY & SAVAGE***
102 E. Liberty Street, 8th Floor
Post Office Box 10600
Savannah, Georgia 31412
(912) 231-1140