IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRIAN J. HUFFMAN, as )
Administrator of the Estate of )
Eliud Montoya-Arcos, deceased, )
)
    Plaintiff, )
)    CV418-184
v. )
)    CASE NO.
THE DAVEY TREE EXPERT )
COMPANY, WOLF TREE INC., )
MAJORIE L. CONNER, )
CHRISTOPHER BRANCH, OSCAR )
CRUZ, and PABLO RANGEL, a/k/a )
Pablo Rangel-Rubio, )
)
    Defendants. )
)

## ORDER

Before the Court is the Government's Motion to Intervene and Stay Civil Case and Discovery. (Doc. 36.) In its motion, the Government requests that it be allowed to intervene in this action "for the limited purpose of moving to stay the civil proceeding and any civil discovery in light of recent federal criminal charges involving substantially similar facts, evidence, witnesses and circumstances at issue." (Id. at 1.) In response, Plaintiff has consented to the temporary stay in this action. (Doc. 37.) After careful review of the record in this case, the Court agrees that a stay is warranted pending the resolution of the ongoing criminal proceedings. Accordingly, the Government's motion is **GRANTED**. This case and any discovery in

this case is hereby stayed until the related criminal action is resolved, provided that the related criminal action is resolved in a timely manner. The Court notes that the Government often fails to handle criminal matters involving a possible death penalty in a timely and efficient manner. The parties are <u>on notice</u> that this Court will not indefinitely stay this action.

SO ORDERED this 8th day of January 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA