UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **BRIAN J. HUFFMAN, as** ) | CIVIL ACTION NO. 4:18-CV-184 |
| Administrator of the Estate of ) | |
| Eliud Montoya-Arcos, Deceased ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.   ) | |
| ) | |
| **THE DAVEY TREE EXPERT** ) | |
| **COMPANY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**THE UNITED STATES' MOTION TO LIFT STAY AND WITHDRAW**

The United States of America respectfully moves this Court for an order lifting the stay of this civil case and to withdraw as an intervenor. On December 21, 2018, the United States filed a motion to intervene and to stay this civil case due to federal criminal charges that involved substantially similar facts, evidence, witnesses, and circumstances. Doc. 36. On January 8, 2019, this Court granted the United States' motion and stayed this case and discovery. Doc. 38. The United States notifies the Court that the charged criminal cases identified in its motion, as well as a third criminal action arising from the same operative facts, are now resolved. *See* Southern District of Georgia Criminal Case Numbers 4:18-CR-274, 4:18-CR-267, and 4:22-CR-30[1]. The United States respectfully submits that the factors justifying the stay in this civil case no longer outweigh the original parties' interest in litigating this civil

---

[1] Although Juan Rangel-Rubio awaits sentencing following his conviction at trial, the United States does not believe a continued stay pending his sentencing is warranted.

matter. Likewise, should this Court lift the stay, the United States submits that it no longer has an interest at stake in this civil matter.

Therefore, the United States respectfully moves to lift the stay and also moves to withdraw from this case pursuant to Rule 21 of the Federal Rules of Civil Procedure, which permits the Court to drop a party at any time on just terms.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Tania D. Groover*
Tania D. Groover
Assistant United States Attorney
Georgia Bar No. 127947

*/s/ Chris Howard*
Chris Howard
Assistant United States Attorney
New York Bar No. 4935938

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
Facsimile: (912) 652-4388
E-mail: tania.groover@usdoj.gov; and
      Christopher.howard@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court. I further certify that a copy has been mailed to the following:

    Pablo Rangel Rubio, Pro Se
    c/o Liberty County Sheriff's Office
    180 Paul Sikes Dr.
    Hinesville, GA 31313

    Submitted this 1st December, 2022

                                    DAVID H. ESTES
                                    UNITED STATES ATTORNEY

                                    ***/s/ Tania D. Groover***
                                    Tania D. Groover
                                    Assistant United States Attorney
                                    Georgia Bar No. 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 201-2552
Facsimile: (912) 652-4388
E-mail: tania.groover@usdoj.gov