IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRIAN J. HUFFMAN, )
as Administrator of the Estate )
of Eliud Montoya-Arcos, )
Deceased, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-184
)
THE DAVEY TREE EXPERT COMPANY; )
WOLF TREE, INC.; MARJORIE L. )
CONNER; CHRISTOPHER BRANCH; )
OSCAR CRUZ; and PABLO RANGEL, )
also known as )
Pablo Rangel-Rubio: )
)
    Defendants. )
)

**O R D E R**

Before the Court is the United States' Motion to Lift Stay and Withdraw (Doc. 67), which no other party has opposed (Docs. 68, 69, 71, 73).[1] In pertinent part, Federal Rule of Civil Procedure 21 provides: "On motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. The Eleventh Circuit has held that "[d]ropping or adding a party to a lawsuit pursuant to Rule 21 is left to the sound discretion of the trial court." Lampliter Dinner Theater, Inc. v. Liberty Mut. Ins.

---

[1] While some parties did not respond, "each party opposing a motion shall serve and file a response within fourteen (14) days of service of the motion . . . . Failure to respond within the applicable time period shall indicate that there is no opposition to a motion." S.D. Ga. L.R. 7.5.

Co., 792 F.2d 1036, 1045 (11th Cir. 1986). Here, all parties who have appeared in this case have either consented to the motion or failed to respond. Additionally, the United States represents that the criminal actions identified in its earlier motion and arising from the operative facts of this case are now resolved. (Doc. 67 at 1.) Accordingly, the United States' motion to lift stay and withdraw is **GRANTED**. (Doc. 67.)

Plaintiff Brian J. Huffman's Notice of Withdrawal of Motion to Remand is also before the Court. (Doc. 82.) No party has filed a response in opposition. Accordingly, Plaintiff's notice to withdraw his motion to remand is **GRANTED**. (Doc. 82.)

The Clerk of Court is **DIRECTED** to **TERMINATE** the stay in this case, **AMEND** the case caption to remove the United States as a party to this action, and **DISMISS AS MOOT** Plaintiff's motion to remand (Doc. 28).

SO ORDERED this 3rd day of April 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA