IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRIAN J. HUFFMAN,                      )
as Administrator of the Estate         )
of Eliud Montoya-Arcos,                )
Deceased,                              )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )        CASE NO. CV418-184
                                       )
THE DAVEY TREE EXPERT COMPANY;         )
WOLF TREE, INC.; MARJORIE L.           )
CONNER; CHRISTOPHER BRANCH;            )
OSCAR CRUZ; and PABLO RANGEL,          )
also known as                          )
Pablo Rangel-Rubio:                    )
                                       )
        Defendants.                    )
                                       )

## O R D E R

Before the Court is Plaintiff Brian Huffman's motion for
extension of time (Doc. 84) to respond to Defendants The Davey
Tree Expert Company and Wolf Tree, Inc.'s partial motion to dismiss
(Doc. 14), Defendant Marjorie Conner's motion to dismiss (Doc. 5),
Defendant Christopher Branch's partial motion to dismiss (Doc. 8),
and Defendant Oscar Cruz's partial motion to dismiss (Doc. 13). On
August 20, 2018, the Magistrate Judge entered an order staying
Plaintiff's deadline to respond to Defendants' motions to dismiss
pending the Court's ruling on Plaintiff's motion to remand. (Doc.
26 at 2-3.) On April 3, 2023, the Court terminated the stay in the
case and granted Plaintiff's request to withdraw his motion to

remand. (Doc. 83 at 2.) Plaintiff requests an extension of time to respond to Defendants' motions from April 17, 2023, through and including May 1, 2023. (Doc. 84 at 1-2.) Plaintiff indicates Defendants do not oppose this motion. (Id. at 2.) After careful consideration, Plaintiff's motion for extension of time (Doc. 84) is **GRANTED.** Plaintiff's deadline to respond to Defendants' motions is now May 1, 2023.

The remainder of the motion addressing Plaintiff's request for an extension of time for the parties to conduct the conference required by Federal Rule of Civil Procedure 26(f) is **REFERRED** to the Magistrate Judge assigned to this case for further consideration.

SO ORDERED this _17th_ day of April 2023.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA