IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN J. HUFFMAN, as<br>Administrator of the Estate of<br>Eliud Montoya-Arcos, Deceased,<br><br>       Plaintiff,<br><br>     v.<br><br>THE DAVEY TREE EXPERT<br>COMPANY, et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV 418-184 |

---

**O R D E R**

---

The Court **GRANTS** Plaintiff's consent request to extend the time in which to conduct a Rule 26(f) planning conference.  (Doc. no. 84.)   The parties shall have through and including May 1, 2023, to hold the required planning conference and shall submit the required 26(f) Report within fourteen days of the conference.

SO ORDERED this 17th day of April, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA