IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN JOSEPH HUFFMAN, ESQ. AS ADMINISTRATOR OF THE ESTATE OF ELIUD MONTOYA-ARCOS, Decedent, <br><br> v. <br><br> THE DAVEY TREE EXPERT COMPANY, WOLF TREE, INC., MARJORIE L. CONNER, CHRISTOPHER BRANCH, OSCAR CRUZ, PABLO RANGEL a/k/a PABLO RANGEL-RUBIO, | CASE NO. 4:18-CV-00184 |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW, Kimberly Cofer Butler, attorney for Marjorie L. Conner, and moves for approval of Leave of Absence for the following dates pursuant to Local Rule 83.9:

**June 2 through June 9, 2023; and July 3 through July 14, 2023**

These leaves are for personal and vacation.

This 25th day of April, 2023.

ELLIS PAINTER

*/s/ Kimberly Cofer Butler*
Kimberly Cofer Butler
Georgia Bar No. 172950
kbutler@ellispainter.com
Attorney for Defendant Marjorie L. Conner

Post Office Box 9946
Savannah, Georgia  31412
912-233-9700 (p)
912-233-2281 (f)

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all unrepresented parties and counsel of record with a copy of the within and foregoing MOTION FOR LEAVE OF ABSENCE by electronically filing same with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record:

William E. Dillard, III
Brennan, Wasden & Painter, LLP
P.O. Box 8047
411 E. Liberty Street
Savannah, GA 31412-8047
bdillard@brennanandwasden.com

James D. Durham
Griffin Durham Tanner & Clarkson LLC
7 East Congress Street
Suite 703
Savannah, GA 31401
jdurham@griffindurham.com

Carlton Edward Joyce
Bouhan Falligant, LLP
One West Park Avenue
P.O. Box 2139
Savannah, GA 31402-2139
cejoyce@bouhan.com

Edward E. McNally
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
emcnally@kasowitz.com

Christopher W. Phillips
Hunter Maclean, Exley & Dunn, P.C.
200 E. Saint Julian Street
P.O. Box 9848
Savannah, GA 31412-0048
cphillips@huntermaclean.com

Robert Bartley Turner
Savage & Turner, PC
P.O. Box 10600
102 E. Liberty Street, 8th Floor
Savannah, GA 31412
bturner@savagelawfirm.net

Wiley A. Wasden, III
Brennan & Wasden, LLC
P.O. Box 8047
Savannah, GA 31412
wwasden@brennanwasden.com

John Charles Watts, Jr.
Watts & Watts
P.O. Box 1842
Savannah, GA 31402
watts@wattsandwatts.com

This 25th day of April, 2023.

ELLIS PAINTER

*/s/ Kimberly Cofer Butler*
Kimberly Cofer Butler
Georgia Bar No. 172950
kbutler@ellispainter.com
Attorney for Defendant Marjorie L. Conner

Post Office Box 9946
Savannah, Georgia  31412
912-233-9700 (p)
912-233-2281 (f)

3086724.1