**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-00184 |
| | ) | |
| v. | ) | Judge William T. Moore, Jr. |
| | ) | |
| THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC; MARJORIE L. CONNER; CHRISTOPHER BRANCH; and PABLO RANGEL, also known as Pablo Rangel-Rubio, | ) ) ) ) ) | JURY TRIAL DEMANDED |
| | | |
| Defendants. | | |

**CONSENT MOTION TO WITHDRAW MOTIONS TO DISMISS AND**
**FOR ENTRY OF AN ORDER PROVIDING FOR A SCHEDULE FOR AMENDED**
**MOTIONS TO DISMISS**

Defendants The Davey Tree Expert Company ("Davey Tree") and Wolf Tree, Inc. ("Wolf Tree," and collectively with Davey Tree, "Company Defendants"), Marjorie L. Conner ("Conner"), Christopher Branch ("Branch") and Oscar Cruz ("Cruz," and collectively with Company Defendants, Conner, and Branch, the "Defendants") respectfully and jointly move this Court to withdraw their motions to dismiss and for entry of an order providing for a schedule for amended motions to dismiss. Defendants have met and conferred with Plaintiff, and Plaintiff has consented to the relief requested in this motion.

On August 2, 2018, Company Defendants removed this action to federal court. (Doc. 1.) On August 8, 2018 Conner timely moved to dismiss Counts 1 to 3 of the complaint (Doc. 5), and on August 9, 2018 the Company Defendants, Branch, and Cruz also timely moved to dismiss Counts 1 to 3 of the complaint. (Docs. 14, 8, and 13.) On August 20, 2018, Magistrate Judge

G.R. Smith granted Plaintiff's motion to stay responses to Defendants' motions to dismiss and stay discovery pending decision on Plaintiff's planned motion to remand to state court, which Plaintiff filed on August 31, 2018.  (Docs. 26, 28.)

On January 8, 2019, Judge William T. Moore, Jr. granted the United States of America's motion to intervene and stay this action pending resolution of ongoing criminal proceedings. (Doc. 38.)  On December 1, 2022 the United States of America moved to lift the stay entered on January 8, 2019 and to withdraw.  (Doc. 67.)  On March 13, 2023, Plaintiff moved this court to withdraw the motion to remand.  (Doc. 82.)   On April 3, 2023, Judge Moore granted both motions.  (Doc. 83.)  As a result, all stays were lifted.

On April 17, 2023, Judge Moore granted Plaintiff's motion for an extension of time to file responses to the motions to dismiss.  (Doc. 86.)  The current deadline for Plaintiff to file responses is May 1, 2023.

In light of the fact that this case was stayed for over four and a half years, leaving the motions to dismiss from 2018 arguably stale including based on the possibility of salient developments as to both facts and law over those years, Company Defendants, and Defendants Conner, Branch and Cruz each respectfully move the Court for an ordering allowing them to withdraw their current motions to dismiss and allowing for them to file updated and amended motions to dismiss and memoranda of law according to the following joint proposed schedule.

| | |
|---|---|
| Last Day for Any Defendant to File Amended Motion to Dismiss | June 15, 2023 |
| Last Day for Plaintiff to File Amended Complaint | July 14, 2023 |
| Last Day for Plaintiff to File Opposition to Any Defendant's Motion to Dismiss | July 14, 2023 |
| If Plaintiff Files an Opposition, Last Day for Any Defendant to File a Reply | July 31, 2023 |

| If Plaintiff Files an Amended Complaint, Last Day for Any Defendant to File Motion to Dismiss the Amended Complaint | August 14, 2023 |
|---|---|

Wherefore, Defendants respectfully request that the Court grant the motion to withdraw their motions to dismiss and allowing them to file updated and amended motions to dismiss and memoranda of law according to the joint proposed schedule listed above for amended motions to dismiss.

THIS 28th day of April, 2023.

KASOWITZ BENSON TORRES LLP

/s/ Edward E. McNally
Edward E. McNally (*pro hac vice*)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: EMcNally@kasowitz.com
       BChoi@kasowitz.com
       MHearn@kasowitz.com

Christopher W. Phillips
Georgia Bar No. 002920
HUNTER, MACLEAN, EXLEY & DUNN P.C.
P.O. Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
Facsimile: (912) 236-4936
Email: cphillips@huntermaclean.com

*Attorneys for Defendants The Davey Tree Expert Company and Wolf Tree, Inc.*

BRENNAN & WASDEN, LLC

/s/ Wiley A. Wasden
Wiley A. Wasden, III
Georgia Bar No. 738750

William E. Dillard, III
Georgia Bar No. 222030
Post Office Box 8047
Savannah, Georgia 31412
Telephone:  (912) 232-6700
Facsimile:  (912) 232-079
Email: wwasden@brennanwasden.com

*Attorneys for Defendant Oscar Cruz*

BOUHAN FALLIGANT LLP

*s/ Carlton E. Joyce*
Carlton E. Joyce
Georgia Bar No. 405515
Post Office Box 2139
Savannah, Georgia 31402-2139
Telephone: (912) 232-7000
Facsimile: (912) 233-0811
Email: cejoyce@bouhan.com

*Attorneys for Defendant Christopher Branch*

ELLIS PAINTER
*s/ Kimberly Cofer Butler*
Kimberly Cofer Butler
Georgia Bar No. 172950
P.O. Box 9946
Savannah, Georgia 31412
Telephone:  (912) 233-9700
Email:  kbutler@ellispainter.com

*Attorneys for Defendant Marjorie L. Conner*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 28th day of April, 2023, the foregoing was served through the

Court ECF system upon all counsel registered to receive service, and served via regular U.S. mail

on the following:

Pablo Rangel-Rubio (Pro Se)
Register No. 22405-021
USP Beaumont
U.S. Penitentiary
P. O. Box 26030
Beaumont, TX  77720

KASOWITZ BENSON TORRES LLP

  */s/ DRAFT Edward E. McNally*
Edward E. McNally (*pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile: (212) 506-1800
Email:  EMcNally@kasowitz.com

Christopher W. Phillips
Georgia Bar No. 002920
HUNTER, MACLEAN, EXLEY & DUNN P.C.
P.O. Box 9848
Savannah, GA 31412-0048
Telephone:  (912) 236-0261
Facsimile: (912) 236-4936
Email:  cphillips@huntermaclean.com