IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC; MARJORIE L. CONNER; CHRISTOPHER BRANCH; and PABLO RANGEL, also known as Pablo Rangel-Rubio,<br><br>Defendants. | Case No. 18-cv-00184 |

## [PROPOSED] ORDER

Before the Court is the joint motion of Defendants The Davey Tree Expert Company, Wolf Tree, Inc., Marjorie L. Conner, Christopher Branch, and Oscar Cruz ("Defendants") to withdraw their respective motions to dismiss and for the entry of a joint proposed order providing for a schedule for Defendants to file amended motions to dismiss. Plaintiff has consented to the relief requested in the joint motion.

After careful consideration, Defendants' joint motion is GRANTED. Defendants' deadlines to file motions to dismiss, Plaintiff's deadlines to file an amended complaint or a response to the motions to dismiss, and Defendants' deadline to file a reply are as follows.

| | |
|---|---|
| Last Day for Any Defendant to File Amended Motion to Dismiss | June 15, 2023 |
| Last Day for Plaintiff to File Amended Complaint | July 14, 2023 |
| Last Day for Plaintiff to File Opposition to Any Defendant's Motion to Dismiss | July 14, 2023 |
| If Plaintiff Files an Opposition, Last Day for Any Defendant to File a Reply | July 31, 2023 |

| If Plaintiff Files an Amended Complaint, Last Day for Any Defendant to File Motion to Dismiss the Amended Complaint | August 14, 2023 |
|---|---|

SO ORDERED this ____ day of _____ 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA