IN THE UNITED STATES DISCTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, ESQ., as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC.; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, also known as Pablo Rangel-Rubio,<br><br>Defendants. | ) ) ) ) ) ) ) ) CASE NO. CV418-184 ) ) ) ) ) ) ) ) |

## CONSENT MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO PENDING MOTIONS TO DISMISS, IF SUCH RESPONSE IS NECESSARY

Defendants Davey Tree and Wolf Tree (doc. 14), Branch (doc. 8), Cruz (doc. 13) and Connor (doc. 7) moved to dismiss certain counts of the Plaintiff's complaint. Currently, Plaintiff's deadline to response to these motions is May 1, 2023.

Defendants Davey Tree and Wolf Tree, Branch, Cruz and Connor have now moved the Court allow them to withdraw of their motions to dismiss and to file amended motions within a requested schedule. (Doc. 90) Plaintiff does not oppose Defendants' motion.

If the Court grants Defendants' unopposed motion to withdraw their originally filed motions to dismiss, any response by Plaintiff to those motions would be moot.

Accordingly, and as a precautionary measure, Plaintiff requests the Court extend his deadline to respond to Defendants' originally filed motions to dismiss to seven (7) days after the Court's ruling on Defendants' pending motion to withdraw and re-file, in the event a response by Plaintiff is necessary. The above-referenced Defendants consent to Plaintiff's motion.

Respectfully submitted this 28th day of April 2023.

**GRIFFIN DURHAM TANNER & CLARKSON**

By: /s/ *James D. Durham*
James D. Durham
Georgia Bar No. 235515
jdurham@griffindurham.com
104 West State Street, Suite 200
Savannah, Georgia 31401
Ph/Fax: (912) 867-9140

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This 28th day of April 2023.

                                **GRIFFIN DURHAM TANNER & CLARKSON**

By:   /s/ *James D. Durham*
James D. Durham
Georgia Bar No. 235515
jdurham@griffindurham.com
104 West State Street, Suite 200
Savannah, Georgia 31401
Ph/Fax: (912) 867-9140

*Attorneys for Plaintiff*