# IN THE UNITED STATES DISCTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, ESQ., as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased, ) ) ) ) Plaintiff, ) ) v. ) ) THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC.; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, also known as Pablo Rangel-Rubio, ) ) ) ) ) ) ) ) Defendants. ) ) | CASE NO. CV418-184 |

## ORDER

In doc. 90, Defendants Davey Tree and Wolf Tree, Branch, Cruz and Connor have moved to withdraw their pending motions to dismiss (docs. 7, 8, 13 and 14) in favor of being allowed to file amended motions at a later date. If responses to Defendants originally filed motions to dismiss are necessary, Plaintiff has seven (7) days after the Court's ruling on Defendants' pending motion to withdraw motions to dismiss and for entry of order providing for a schedule for amended motions to dismiss.

SO ORDERED this _____ day of April, 2023.

_____
United States District Court
Southern District of Georgia