IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN,<br>as Administrator of the Estate<br>of Eliud Montoya-Arcos,<br>Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>THE DAVEY TREE EXPERT COMPANY;<br>WOLF TREE, INC.; MARJORIE L.<br>CONNER; CHRISTOPHER BRANCH;<br>OSCAR CRUZ; and PABLO RANGEL,<br>also known as<br>Pablo Rangel-Rubio:<br><br>    Defendants. | CASE NO. CV418-184 |

## O R D E R

Before the Court is Defendants The Davey Tree Expert Company, Wolf Tree, Inc., Majorie L. Conner, Christopher Branch, and Oscar Cruz's Consent Motion to Withdraw Motions to Dismiss and for Entry of an Order Providing for a Schedule for Amended Motions to Dismiss. (Doc. 90.) Defendants represent that Plaintiff Brian J. Huffman has consented to this motion. (Id. at 1.)

On April 17, 2023, this Court granted Plaintiff's motion for an extension time to respond to Defendants' motions to dismiss. (Doc. 86.) These motions to dismiss had been pending for some time due to a stay in the case related to ongoing criminal proceedings. (Doc. 38.) Now, Defendants ask that they be allowed to withdraw

those motions to dismiss and file updated and amended motions to dismiss because they are "arguably stale" and "based on the possibility of salient developments as to both facts and law over the years[.]" (Doc. 90 at 2.)

Defendants' motion to withdraw these motions (Doc. 90) is **GRANTED**, and the pending motions to dismiss (Docs. 5, 8, 13, 14) are **DISMISSED AS MOOT**. The remainder of the motion addressing Defendants' request for a schedule to file updated and amended motions to dismiss is **REFERRED** to the Magistrate Judge assigned to this case for further consideration. Plaintiff's Motion for Second Extension of Time to Respond to Pending Motions to Dismiss is **DISMISSED AS MOOT**. (Doc. 91.)

SO ORDERED this 1st day of May 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA