IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of Eliud Montoya-Arcos, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 418-184 |
| THE DAVEY TREE EXPERT COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The Court **GRANTS** Defendant's consent request for a schedule to file updated and amended motions to dismiss. (Doc. no. 90.) The Court sets the following deadlines:

| | |
|---|---|
| Last Day for Any Defendant to File Amended Motion to Dismiss | June 15, 2023 |
| Last Day for Plaintiff to File Amended Complaint | July 14, 2023 |
| Last Day for Plaintiff to File Opposition to Any Defendant's Motion to Dismiss | July 14, 2023 |
| If Plaintiff Files Any Opposition, Last Day for Any Defendant to File a Reply | July 31, 2023 |
| If Plaintiff Files an Amended Complaint, Last Day for Any Defendant to File Motion to Dismiss the Amended Complaint | August 14, 2023 |

SO ORDERED this 2nd day of May, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA