IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as administrator of the estate of ELIUD MONTOYA-ARCOS, deceased,<br><br>   Plaintiff,<br><br>   v.<br><br>THE DAVEY TREE EXPERT COMPANY, WOLF TREE, INC., MARJORIE L. CONNER, CHRISTOPHER BRANCH, OSCAR CRUZ, and PABLO RANGEL a/k/a PABLO RANGEL-RUBIO,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 4:18-cv-184-WTM-GRS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the within NOTICE OF ENTRY OF APPEARANCE has been served upon all counsel of record via the Court's CM/ECF System and by U.S. Mail, postage pre-paid in an envelope to Defendant Pablo Rangel addressed as follows:

Robert Bartley Turner
SAVAGE TURNER PICKNEY & SAVAGE
P.O. Box 10600
Savannah, Georgia 31412
bturner@savagelawfirm.net

James D. Durham
GRIFFIN, DURHAM, TANNER & CLARKSON, LLC
7 E. Congress Street
Suite 703
Savannah, Georgia 31412
jdurham@griffindurham.com

R. Clay Ratterree
Kimberly Cofer Butler
ELLIS, PAINTER, RATTERREE & ADAMS, LLP
P.O. Box 9946
Savannah, Georgia 31412
clayr@epra-law.com
kharris@epra-law.com

Wiley A. Wasden, III
William E. Dillard, III
BRENNAN WASDEN & PAINTER, LLC
411 East Liberty Street
Savannah, Georgia 31401
wwasden@brennanandwasden.com
bdillard@brennanandwasden.com

Edward E. McNally
KASOWITZ BENSON TORRES, LLP
1633 Broadway
New York, NY 10019
emcnally@kasowitz.com

William Jarrell Degenhart
Morgan & Morgan
25 Bull Street
Suite 400
Savannah, GA 31401
912-231-1140
Fax: 912-232-4212
Email: wdegenhart@forthepeople.com

Christopher Phillips
Hunter, Maclean, Exley & Dunn, PC
2 East St. Julian Street
Savannah, Georgia 31401
cphillips@HunterMaclean.com

John C. Watts, Jr.
WATTS AND WATTS
145 Habersham Street
Savannah, Georgia 31401
watts@wattsandwatts.com

Elizabeth B. Wright
Brianna Stuart
Matthew David Ridings
THOMPSON HINES
3900 Key Center
127 Public Square
Cleveland, OH 44114
elizabeth.wright@thompsonhine.com
Brianna.Stuart@ThompsonHine.com
matt.ridings@thompsonhine.com

George T. Major, Jr.
Inman Gregory Hodges
OLIVER MANER
P.O. Box 10186
Savannah, Georgia 31412
gmajor@olivermaner.com
ghodges@olivermaner.com

John E. Floyd
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 W. Peachtree St., NW
Atlanta, GA 30309-3417
floyd@bmelaw.com

John R. Mitchell
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
127 Public Square
44114
Cleveland, OH 44114
jmitchell@taftlaw.com

| | |
|---|---|
| Pablo Rangel-Rubio *(Pro Se)* <br> 21207-379 <br> Laurens County Detention Center <br> 511 Southern Pine Road <br> Dulbin, GA  31021 | David H. Estes, USA <br> Tania D. Groover, AUSA <br> Chris Howard, AUSA <br> Post Office Box 8970 <br> Savannah, Georgia 31412 <br> tania.groover@usdoj.gov <br> Christopher.howard@usdoj.gov |

This 2nd day of May, 2023.

<div style="float:right">

BOUHAN FALLIGANT LLP

*/s/ Gary J. McGinty*
GARY J. McGINTY
State Bar of Georgia No. 602353
*Attorney for Defendant Christopher Branch*

</div>

Post Office Box 2139
Savannah, Georgia 31402-2139
Telephone:     (912) 232-7000
Facsimile:     (912) 233-0811
Email: gmcginty@bouhan.com