IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN J. HUFFMAN, as administrator of the estate of ELIUD MONTOYA-ARCOS, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 4:18-cv-184-WTM-GRS |
| THE DAVEY TREE EXPERT COMPANY, WOLF TREE, INC., MARJORIE L. CONNER, CHRISTOPHER BRANCH, OSCAR CRUZ, and PABLO RANGEL a/k/a PABLO RANGEL-RUBIO, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Notice is hereby given that Gary J. McGinty hereby makes an Entry of Appearance in this case as counsel on behalf of Defendant Christopher Branch. The bar number, address, telephone number, fax number and email are as follows:

Gary J. McGinty
State Bar of Georgia No. 602353
Bouhan Falligant LLP
P. O. Box 2139
One West Park Avenue
Savannah, Georgia 31402-2139
(912) 232-7000 (P)
(912) 233-0811 (F)
gmcginty@bouhan.com

The Clerk is requested to direct all correspondence, pleadings, notices, orders and communications to his attention.

Respectfully submitted this 2nd day of May, 2023.

BOUHAN FALLIGANT LLP

Post Office Box 2139
Savannah, Georgia 31402-2139
Telephone:   (912) 232-7000
Facsimile:    (912) 233-0811
Email: gmcginty@bouhan.com

*/s/ Gary J. McGinty*
GARY J. McGINTY
State Bar of Georgia No. 602353
*Attorney for Defendant Christopher Branch*