IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of Eliud Montoya-Arcos, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 418-184 |
| THE DAVEY TREE EXPERT COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**

In the Rule 26(f) Report, Defendants request a stay of discovery pending a ruling on a motion to dismiss they plan to file. (Doc. no. 97, p. 3.) Because the contemplated motion will seek dismissal of less than all claims, the Court denies the stay request. In consideration of Fed. R. Civ. P. 16(b), the Local Rules, and the Rule 26(f) Report, the Court imposes the following scheduling deadlines:

| | |
|---|---|
| DATE OF RULE 26(f) CONFERENCE | April 27, 2023 |
| LAST DAY TO EXCHANGE INITIAL DISCLOSURES | May 31, 2023 |
| CLOSE OF FACT DISCOVERY | November 13, 2023 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | December 13, 2023 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY A DEFENDANT | January 12, 2024 |
| JOINT STATUS REPORT | February 5, 2024 |
| CLOSE OF EXPERT DISCOVERY | February 12, 2024 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | April 12, 2024 |

      The Court has already issued an Order regarding Plaintiff's deadline to file an amended complaint. (See doc. no. 93.)

      By consent of the parties, the Court limits deposition of witnesses who were already deposed in the Montoya to four hours each. (See doc. no. 97, p. 5.)

      Motions in limine shall be filed no later than 5 days prior to the pretrial conference. All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

      SO ORDERED this 15th day of May, 2023, at Augusta, Georgia.

*[signature]*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA