



NIXIE        911   DE 1        0007/13/23

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 31521163636        *0852-05615-13-14

neopost
06/29/2023
US POSTAGE $001.08⁰
FIRST-CLASS MAIL

ZIP 31520
041L11254093



INSPECTED
BY_____

4:18-cv-184

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2023 JUL 19 A 10: 43

CLERK_____

Pablo Rangel 24405-021
Victorville
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 3900
Adelanto , CA 92301

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

BRIAN J. HUFFMAN, as            )
Administrator of the Estate of  )
Eliud Montoya-Arcos, Deceased,  )
                                )
           Plaintiff,           )
                                )
     v.                         )        CV 418-184
                                )
THE DAVEY TREE EXPERT           )
COMPANY, et al.,                )
                                )
           Defendants.          )

_____

**ORDER**

_____

Defendant Pablo Rangel-Rubio is currently serving a federal sentence at USP Victorville. See Federal Bureau Of Prisons ("BOP") Inmate Locator, https://www.bop.gov/inmateloc/ (last visited June 29, 2023); see also United States v. Rangel-Rubio, CR 422-030, doc. no. 33 (Nov. 21, 2022). The Court **DIRECTS** the **CLERK** to update Defendant Rangel-Rubio's address accordingly and to further update his BOP Register Number to 22405-021.[1]

Because Defendant Rangel-Rubio is proceeding *pro se* in this action, and because his address of record has changed frequently throughout his prosecution and subsequent

_____

[1] The BOP register number previously listed on the docket belongs to Defendant's brother, Juan Rangel-Rubio. See BOP Inmate Locator.

incarceration within the BOP, he has not received notice of many of the filings in this case since at least January 2019. (See doc. nos. 39, 78-79, 85, 96, 99.) Defendant Rangel-Rubio's last filing was a notice of change of address on February 19, 2020, placing him at the Laurens County Detention Center. (Doc. no. 51.) After his sentencing, parties began serving Defendant Rangel-Rubio at the Liberty County Sheriff's Office, and starting March 2023, parties served him at USP Beaumont. (See, e.g., doc. no. 67, p. 3; doc. no. 82, p. 4.) However, because Defendant Rangel-Rubio did not submit a change of address, the Court's previous orders were sent to the Laurens County Detention Center. (See, e.g., doc. no. 78.)

To ensure Defendant Rangel-Rubio has received notice of the filings in this case, the Court **DIRECTS** the **CLERK** to include with Defendant Rangel-Rubio's service copy of this Order a printed copy of this case's docket. Within fourteen days of the date of this Order, Defendant Rangel-Rubio may file a response indicating (by docket entry number) which orders or motions he was not served with but which he now requires a copy. The Court will mail Defendant Rangel-Rubio a new copy of any listed order. Should Defendant Rangel-Rubio inform the Court in his response that he failed to receive any motion, the Court **ORDERS** the party which filed the motion to mail a copy of such to Defendant Rangel-Rubio within fourteen days of his response.

The Court cautions Defendant Rangel-Rubio if he wishes to remain current in this civil action against him, he must file a notice of change of address should his address change in the future. See Loc. R. 11.1 ("Each attorney and *pro se* litigant has a continuing obligation to apprise the Court of any address change."). The Court further **ORDERS** the parties to serve

2

future filings via mail upon Defendant Rangel-Rubio at his current place of incarceration.

SO ORDERED this 29th day of June, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

3

# U.S. District Court
## Southern District of Georgia (Savannah)
## CIVIL DOCKET FOR CASE #: 4:18-cv-00184-WTM-BKE

Huffman v. The Davey Tree Expert Company et al
Assigned to: Judge William T. Moore, Jr
Referred to: Magistrate Judge Brian K. Epps
Case in other court:  State Court of Chatham County,
                      STCV18-01084
Cause: 08:1324 Aliens: Complaint for Forfeiture

Date Filed: 08/02/2018
Jury Demand: Defendant
Nature of Suit: 470 Racketeer/Corrupt
Organization
Jurisdiction: Federal Question

### Plaintiff

**Brian J. Huffman**
*as Administrator of the Estate of Eliud*
*Montoya-Arcos, Deceased*

represented by **James D. Durham**
Griffin Durham Tanner & Clarkson
P.O. Box 10244
Savannah, GA 31412
912-867-9140
Fax: 912-867-9140
Email: jdurham@griffindurham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John E. Floyd**
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 W. Peachtree St., NW
Atlanta, GA 30309-3417
404-881-4159
Fax: 404-881-4111
Email: floyd@bmelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Charles Watts , Jr.**
Watts & Watts
P.O. Box 1842
Savannah, GA 31402
912/234-1482
Fax: 912/231-9451(fax)
Email: watts@wattsandwatts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Bartley Turner**
Savage & Turner, PC
P.O. Box 10600

102 E. Liberty Street, 8th Floor
Savannah, GA 31412
912-231-1140
Fax: 912-231-9157
Email: bturner@savagelawfirm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Jarrell Degenhart**
Morgan & Morgan
25 Bull Street
Suite 400
Savannah, GA 31401
912-231-1140
Fax: 912-232-4212
Email: wdegenhart@forthepeople.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## V.

### **Defendant**

**The Davey Tree Expert Company**          represented by   **Andrea B. Daloia**
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
216-566-5818
Email: andrea.daloia@thompsonhine.com
*TERMINATED: 03/24/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward E. McNally**
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
212-506-1700
Email: emcnally@kasowitz.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth B. Wright**
Thompson Hine, LLP
127 Public Square
3900 Key Center
Cleveland, OH 44115
216-566-5500

Fax: 216-566-5800
Email:
elizabeth.wright@thompsonhine.com
*TERMINATED: 03/24/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George T. Major , Jr.**
Oliver Maner, LLP
218 West State Street
P.O. Box 10186
Savannah, GA 31412-0386
912-236-3311
Fax: 912-236-8725
Email: gmajor@olivermaner.com
*TERMINATED: 01/03/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Inman Gregory Hodges**
Oliver Maner, LLP
218 West State Street
P.O. Box 10186
Savannah, GA 31412-0386
912-236-3311
Fax: 912-236-8725
Email: ghodges@olivermaner.com
*TERMINATED: 01/03/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Mitchell**
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
127 Public Square
44114
Cleveland, OH 44114
216-706-3909
Fax: 216-241-3707
Email: jmitchell@taftlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew David Ridings**
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114

216-566-5500
Email: matt.ridings@thompsonhine.com
*TERMINATED: 03/24/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher W. Phillips**
Hunter Maclean, Exley & Dunn, P.C.
200 E. Saint Julian Street
P.O. Box 9848
Savannah, GA 31412-0048
912-236-0261
Fax: 912-236-4936
Email: cphillips@huntermaclean.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wolf Tree, Inc.**                    represented by **Andrea B. Daloia**
(See above for address)
*TERMINATED: 03/24/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward E. McNally**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth B. Wright**
(See above for address)
*TERMINATED: 03/24/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George T. Major , Jr.**
(See above for address)
*TERMINATED: 01/03/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Inman Gregory Hodges**
(See above for address)
*TERMINATED: 01/03/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

John R. Mitchell
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Matthew David Ridings
(See above for address)
*TERMINATED: 03/24/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Christopher W. Phillips
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marjorie L. Conner**                    represented by    **Kimberly Cofer Butler**
Ellis, Painter, Ratterree & Adams, LLP
P.O. Box 9946
Savannah, GA 31412
912-224-4174
Fax: 912-233-2281
Email: kbutler@ellispainter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Clay Ratterree**
Ellis, Painter, Ratterree & Adams LLP
2 East Bryan Street
10th Floor
P.O. Box 9946 (31412)
Savannah, GA 31401
912-233-9700
Fax: 912-222-9700
Email: clayr@epra-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher Branch**                    represented by    **Carlton Edward Joyce**
Bouhan Falligant, LLP
One West Park Avenue
P.O. Box 2139
Savannah, GA 31402-2139
912-232-7000
Fax: 912-233-0811
Email: cejoyce@bouhan.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Vandana Murty Abrams**
Bouhan Falligant, LLP
One West Park Avenue
P.O. Box 2139
Savannah, GA 31402-2139
912-233-7000
Email: vmabrams@bouhan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary J. McGinty**
Bouhan Falligant LLP
One W Park Ave
Ste 3500
31401
Savannah, GA 30308
912-667-9876
Email: gmcginty@bouhan.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oscar Cruz**                    represented by    **Wiley A. Wasden , III**
Brennan & Wasden, LLC
P.O. Box 8047
Savannah, GA 31412
912-232-6700
Fax: 912-232-0799
Email: wwasden@brennanwasden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William E. Dillard , III**
Brennan, Wasden & Painter, LLP
P.O. Box 8047
411 E. Liberty Street
Savannah, GA 31412-8047
912-232-6700
Fax: 912-232-0799
Email: bdillard@brennanandwasden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pablo Rangel**                  represented by    **Pablo Rangel**
*also known as*                                     24405-021
Pablo Rangel-Rubio                                  Victorville
U.S. Penitentiary
Inmate Mail/Parcels

P.O. Box 3900
Adelanto, CA 92301
PRO SE

**Interested Party**

**UNITED STATES OF AMERICA**     represented by **Christopher Howard**
*TERMINATED: 04/03/2023*                U.S. Attorney's Office
                                        Assistant U.S. Attorney
                                        22 Barnard St.
                                        Suite 300
                                        Savannah, GA 31412
                                        912-652-4422
                                        Email: christopher.howard@usdoj.gov
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Tania D. Groover**
                                        U.S. Attorney's Office - Savannah
                                        P.O. Box 8970
                                        22 Barnard Street, Suite 300
                                        Savannah, GA 31401
                                        912-201-2552
                                        Fax: 912-652-4388
                                        Email: tania.groover@usdoj.gov
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2018 | 1 | NOTICE OF REMOVAL by The Davey Tree Expert Company, Wolf Tree, Inc. from State Court of Chatham County, case number STCV18-01084. ( Filing fee $ 400 receipt number 113J-2422874) (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - State Court Summons, Civil Cover Sheet, Complaint, and other Exhibits, # 3 Exhibit B - State Court Exhibits, # 4 Exhibit C - State Court Affidavit of Process Server, # 5 Exhibit D - State Court Return of Service, # 6 Exhibit E - State Court Notice of Filing, # 7 Exhibit F - Pablo Rangel's Answer, # 8 Exhibit G - Marjorie L. Conner Summons, # 9 Exhibit H - Notice of Filing, # 10 Exhibit I - Pablo Rangel's Consent to Removal)(evs) (Entered: 08/03/2018) |
| 08/03/2018 | 2 | GENERAL ORDER: Report of 26(f) Planning Meeting. Signed by Magistrate Judge G. R. Smith on 08/03/2018. (Attachments: # 1 Litigants' Bill of Rights) (evs) (Entered: 08/03/2018) |
| 08/03/2018 | 3 | NOTICE TO ALL COUNSEL OF RECORD re 1 Notice of Removal. (evs) (Entered: 08/03/2018) |
| 08/03/2018 |  | Set/Reset Deadlines: Pablo Rangel answer due 8/9/2018. State Motions due by 8/12/2018. (evs) (Entered: 08/03/2018) |
| 08/03/2018 |  | Set/Reset Deadlines: Christopher Branch answer due 8/9/2018; Marjorie L. Conner answer due 8/9/2018; Oscar Cruz answer due 8/9/2018; The Davey Tree Expert Company answer due 8/9/2018; Wolf Tree, Inc. answer due 8/9/2018. |

| | | (jrb) (Entered: 08/03/2018) |
|---|---|---|
| 08/07/2018 | 4 | ANSWER to Complaint by Pablo Rangel.(jrb) (Entered: 08/07/2018) |
| 08/08/2018 | 5 | MOTION to Dismiss *Counts 1-3 of the Complaint* by Marjorie L. Conner. Responses due by 8/22/2018. (Harris, Kimberly) (Entered: 08/08/2018) |
| 08/08/2018 | 6 | ANSWER to Complaint by Marjorie L. Conner.(Harris, Kimberly) (Entered: 08/08/2018) |
| 08/08/2018 | 7 | Brief in Support re 5 MOTION to Dismiss *Counts 1-3 of the Complaint* filed by Marjorie L. Conner. (Butler, Kimberly) (Entered: 08/08/2018) |
| 08/09/2018 | 8 | MOTION to Dismiss *Count I of Plaintiff's Complaint & Brief* by Christopher Branch. Responses due by 8/23/2018. (Joyce, Carlton) (Entered: 08/09/2018) |
| 08/09/2018 | 9 | ANSWER to Complaint by Christopher Branch.(Joyce, Carlton) (Entered: 08/09/2018) |
| 08/09/2018 | 10 | Disclosure Statement pursuant to Local Rule 7.1.1 by Christopher Branch. (Joyce, Carlton) (Entered: 08/09/2018) |
| 08/09/2018 | 11 | *Dedandant Oscar Cruz's* ANSWER to Complaint *with Certificate of Service* by Oscar Cruz.(Dillard, William) (Entered: 08/09/2018) |
| 08/09/2018 | 12 | Disclosure Statement pursuant to Local Rule 7.1.1 by Oscar Cruz. (Dillard, William) (Entered: 08/09/2018) |
| 08/09/2018 | 13 | First MOTION to Dismiss *and Certificate of Service* by Oscar Cruz. Responses due by 8/23/2018. (Attachments: # 1 Briefs Brief in Support of Motion to Dismiss)(Dillard, William) (Entered: 08/09/2018) |
| 08/09/2018 | 14 | ******* MOTION to Dismiss *Counts 1-3 of the Complaint* by The Davey Tree Expert Company, Wolf Tree, Inc. Responses due by 8/23/2018. (Major, George) (Entered: 08/09/2018) |
| 08/09/2018 | 15 | ANSWER to Complaint by The Davey Tree Expert Company, Wolf Tree, Inc.(Major, George) (Entered: 08/09/2018) |
| 08/09/2018 | 16 | Disclosure Statement pursuant to Local Rule 7.1.1 by Marjorie L. Conner. (Butler, Kimberly) (Entered: 08/09/2018) |
| 08/09/2018 | 17 | Disclosure Statement pursuant to Local Rule 7.1.1 by The Davey Tree Expert Company, Wolf Tree, Inc. (Attachments: # 1 Exhibit A - Davey Tree Officers and Directors, # 2 Exhibit B- Wolf Tree Officers and Directors)(Major, George) Modified on 8/10/2018 (wwp). (Entered: 08/09/2018) |
| 08/15/2018 | 18 | MOTION for Leave to Appear Pro Hac Vice *of Andrea B. Daloia* Receipt Number 113J-2430097, Fee Amount $200, by The Davey Tree Expert Company, Wolf Tree, Inc. Responses due by 8/29/2018. (Major, George) Modified on 8/15/2018 (jrb). (Entered: 08/15/2018) |
| 08/15/2018 | 19 | MOTION for Leave to Appear Pro Hac Vice *of Matthew David Ridings* Receipt Number 113J-2430106, Fee Amount $200, by The Davey Tree Expert Company, Wolf Tree, Inc. Responses due by 8/29/2018. (Major, George) Modified on 8/15/2018 (jrb). (Entered: 08/15/2018) |

| 08/15/2018 | | MOTIONS REFERRED: 19 MOTION for Leave to Appear Pro Hac Vice *of Matthew David Ridings* Receipt Number 113J-2430106, Fee Amount $200, 18 MOTION for Leave to Appear Pro Hac Vice *of Andrea B. Daloia* Receipt Number 113J-2430097, Fee Amount $200. (jrb) (Entered: 08/15/2018) |
| 08/15/2018 | 20 | MOTION for Leave to Appear Pro Hac Vice *of John R. Mitchell* Receipt Number 113J-2430305, Fee Amount $200, by The Davey Tree Expert Company, Wolf Tree, Inc. Responses due by 8/29/2018. (Major, George) (Entered: 08/15/2018) |
| 08/15/2018 | 21 | MOTION for Leave to Appear Pro Hac Vice *of Elizabeth B. Wright* Receipt Number 113J-2430309, Fee Amount $200, by The Davey Tree Expert Company, Wolf Tree, Inc. Responses due by 8/29/2018. (Major, George) (Entered: 08/15/2018) |
| 08/15/2018 | 22 | TEXT ORDER granting 20 Motion for Leave to Appear PRO HAC VICE; granting 21 Motion for Leave to Appear PRO HAC VICE. Signed by Magistrate Judge G. R. Smith on 08/15/18. (sff) (Entered: 08/15/2018) |
| 08/15/2018 | 23 | Disclosure Statement pursuant to Local Rule 7.1.1 by Brian J. Huffman. (Turner, Robert) (Entered: 08/15/2018) |
| 08/15/2018 | 24 | MOTION to Stay *Response to Motions to Dismiss and Discovery* by Brian J. Huffman. Responses due by 8/29/2018. (Turner, Robert) (Entered: 08/15/2018) |
| 08/16/2018 | | MOTIONS REFERRED: 24 MOTION to Stay *Response to Motions to Dismiss and Discovery.* (jrb) (Entered: 08/16/2018) |
| 08/16/2018 | 25 | Amended MOTION to Stay *Responses to Defendants' Motions to Dismiss and Discovery and Brief in Support Thereof* by Brian J. Huffman. Responses due by 8/30/2018. (Turner, Robert) Modified on 8/16/2018 (jrb). (Entered: 08/16/2018) |
| 08/16/2018 | | MOTIONS REFERRED: 25 MOTION to Stay *Responses to Defendants' Motions to Dismiss and Discovery and Brief in Support Thereof.* (jrb) (Entered: 08/16/2018) |
| 08/20/2018 | 26 | ORDER granting 24 and 25 Motions to Stay. Signed by Magistrate Judge G. R. Smith on 8/20/18. (jrb) (Entered: 08/20/2018) |
| 08/30/2018 | 27 | TEXT ORDER granting 18 Motion for Leave to Appear PRO HAC VICE; granting 19 Motion for Leave to Appear PRO HAC VICE. Signed by Magistrate Judge G. R. Smith on 08/30/18. (sff) (Entered: 08/30/2018) |
| 08/31/2018 | 28 | ******* MOTION to Remand to State Court , MOTION for Attorney Fees *and Costs* by Brian J. Huffman. Responses due by 9/14/2018. (Attachments: # 1 Brief in Support of Motion to Remand)(Turner, Robert) Modified on 9/4/2018 (jrb). (Entered: 08/31/2018) |
| 09/14/2018 | 29 | RESPONSE in Opposition re 28 MOTION to Remand to State Court MOTION for Attorney Fees *and Costs* filed by The Davey Tree Expert Company, Wolf Tree, Inc.. (Major, George) (Entered: 09/14/2018) |
| 09/14/2018 | 30 | Brief in Opposition re 28 MOTION to Remand to State Court MOTION for Attorney Fees *and Costs* filed by Oscar Cruz. (Wasden, Wiley) (Entered: 09/14/2018) |

| 09/14/2018 | 31 | NOTICE of Intent *to File Reply Brief to Defendants' The Davey Tree Expert Company and Wolf Tree, Inc.'s Brief in Opposition to Plaintiff's Motion to Remand* by Brian J. Huffman re 29 Response in Opposition to Motion. (Turner, Robert) (Entered: 09/14/2018) |
| 09/28/2018 | 32 | REPLY to Response to Motion re 28 MOTION to Remand to State Court and MOTION for Attorney Fees *and Costs* filed by Brian J. Huffman. (Turner, Robert) Modified on 10/1/2018 (jrb). (Entered: 09/28/2018) |
| 10/10/2018 | 33 | NOTICE by Marjorie L. Conner *of Leave of Absence* (Ratterree, R.) (Entered: 10/10/2018) |
| 10/10/2018 | | Case Reassigned to Magistrate Judge James E. Graham per order in case 4:18mc-16. Magistrate Judge G. R. Smith no longer assigned to the case. (jrb) (Entered: 10/10/2018) |
| 10/11/2018 | 34 | MOTION for Leave of Absence as to Marjorie L. Conner for dates of : November 20 - 26, 2018 and December 24-31, 2018 by Marjorie L. Conner. Responses due by 10/25/2018. (Ratterree, R.) (Entered: 10/11/2018) |
| 10/12/2018 | | MOTIONS REFERRED: 34 MOTION for Leave of Absence as to Marjorie L. Conner for dates of : November 20 - 26, 2018 and December 24-31, 2018. (jrb) (Entered: 10/12/2018) |
| 10/15/2018 | 35 | TEXT ORDER granting 34 Motion for Leave of Absence. The attorney must make arrangements for other counsel to appear in the event the case is scheduled for hearing or trial during such leave. Signed by Magistrate Judge James E. Graham on 10/15/18. (sff) (Entered: 10/15/2018) |
| 12/21/2018 | 36 | MOTION to Intervene *and Stay Civil Case and Discovery* by UNITED STATES OF AMERICA. Responses due by 1/4/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Groover, Tania) (Entered: 12/21/2018) |
| 12/21/2018 | | MOTIONS REFERRED: 36 MOTION to Intervene *and Stay Civil Case and Discovery.* (jrb) (Entered: 12/21/2018) |
| 01/04/2019 | | Motions No Longer Referred: 36 MOTION to Intervene *and Stay Civil Case and Discovery. (wwp) (Entered: 01/04/2019)* |
| 01/04/2019 | 37 | RESPONSE to Motion re 36 MOTION to Intervene *and Stay Civil Case and Discovery* filed by Brian J. Huffman. (Turner, Robert) (Entered: 01/04/2019) |
| 01/08/2019 | 38 | ORDER granting re 36 Motion to Intervene and Stay Civil Case and Discovery. Signed by Judge William T. Moore, Jr on 1/8/19. (loh) (Entered: 01/08/2019) |
| 01/17/2019 | 39 | Mail Returned as Undeliverable re 38 Order. Unable to Forward. Mail sent to Pablo Rangel. (loh) (Entered: 01/17/2019) |
| 01/31/2019 | 40 | MOTION for Leave of Absence as to Oscar Cruz for dates of : March 13, 2019 through March 15, 2019, March 18, 2019 through March 22, 2019, March 25, 2019 through March 27, 2019, July 24, 2019 through July 26, 2019, July 29, 2019 through August 2, 2019, August 5 through August 7, 2019, October 16, 2019 through October 18, 2019; and October 21, 2019 through October 23, 2019 by Oscar Cruz. Responses due by 2/14/2019. (Attachments: # 1 Text of Proposed Order)(Wasden, Wiley) (Entered: 01/31/2019) |

| 01/31/2019 | | MOTIONS REFERRED: 40 MOTION for Leave of Absence as to Oscar Cruz for dates of : March 13, 2019 through March 15, 2019, March 18, 2019 through March 22, 2019, March 25, 2019 through March 27, 2019, July 24, 2019 through July 26, 2019, July 29, 2019 through August 2, 2019. (loh) (Entered: 01/31/2019) |
| --- | --- | --- |
| 01/31/2019 | 41 | TEXT ORDER granting 40 Motion for Leave of Absence. The attorney must make arrangements for other counsel to appear in the event the case is scheduled for hearing or trial during such leave. Signed by Magistrate Judge James E. Graham on 01/31/19. (sff) (Entered: 01/31/2019) |
| 02/08/2019 | 42 | MOTION for Leave of Absence as to Marjorie L. Conner for dates of : March 15-22, 2019 and July 11-25, 2019 by Marjorie L. Conner. Responses due by 2/22/2019. (Ratterree, R.) (Entered: 02/08/2019) |
| 02/08/2019 | 43 | TEXT ORDER granting 42 Motion for Leave of Absence. The attorney must make arrangements for other counsel to appear in the event the case is scheduled for hearing or trial during such leave. Signed by Magistrate Judge James E. Graham on 02/08/19. (sff) Modified on 2/8/2019 (sff). (Entered: 02/08/2019) |
| 03/15/2019 | 44 | MOTION for Leave to Appear Pro Hac Vice *John E. Floyd* Receipt Number 113J-2561537, Fee Amount $200, by Brian J. Huffman. Responses due by 3/29/2019. (Durham, James) (Entered: 03/15/2019) |
| 03/15/2019 | | MOTIONS REFERRED: 44 MOTION for Leave to Appear Pro Hac Vice *John E. Floyd* Receipt Number 113J-2561537, Fee Amount $200. (jrb) (Entered: 03/15/2019) |
| 03/18/2019 | 45 | TEXT ORDER granting 44 Motion for Leave to Appear PRO HAC VICE. Signed by Magistrate Judge James E. Graham on 03/18/19. (sff) (Entered: 03/18/2019) |
| 09/26/2019 | 47 | MOTION for Leave of Absence as to Christopher Branch for dates of : 11/1/2019-1/31/2020 by Christopher Branch. Responses due by 10/10/2019. (Attachments: # 1 Text of Proposed Order)(Abrams, Vandana) (Entered: 09/26/2019) |
| 09/26/2019 | | MOTIONS REFERRED: 47 MOTION for Leave of Absence as to Christopher Branch for dates of : 11/1/2019-1/31/2020. (jrb) (Entered: 09/26/2019) |
| 10/22/2019 | 48 | ORDER REASSIGNING CASE per order in Miscellaneous Case 4:19mc-010. Case reassigned to Magistrate Judge Brian K. Epps for all further proceedings. Magistrate Judge James E. Graham no longer assigned to case. Signed by Chief Judge J. Randal Hall on 10/22/19. (jrb) (Entered: 10/23/2019) |
| 10/24/2019 | 49 | TEXT ORDER granting 47 Motion for Leave of Absence. Signed by Magistrate Judge Brian K. Epps on 10/24/2019. (cjc) (Entered: 10/24/2019) |
| 02/19/2020 | 50 | MOTION for Leave of Absence as to Marjorie L. Conner for dates of : 3/16/20-3/20/20 & 6/1/20-6/12/20 by Marjorie L. Conner. Responses due by 3/4/2020. (Attachments: # 1 Text of Proposed Order Proposed Order)(Butler, Kimberly) (Entered: 02/19/2020) |
| 02/19/2020 | 51 | NOTICE of Change of Address by Pablo Rangel. (loh) (Entered: 02/19/2020) |
| 02/20/2020 | | MOTIONS REFERRED: 50 MOTION for Leave of Absence as to Marjorie L. Conner for dates of : 3/16/20-3/20/20 & 6/1/20-6/12/20. (jrb) (Entered: |

| | | 02/20/2020) |
|---|---|---|
| 02/20/2020 | 52 | TEXT ORDER granting 50 Motion for Leave of Absence. Signed by Magistrate Judge Brian K. Epps on 2/20/2020. (cjc) (Entered: 02/20/2020) |
| 03/17/2021 | 53 | MOTION for Leave to Appear Pro Hac Vice *Edward E. McNally* Receipt Number AGASDC-3062867, Fee Amount $200, by The Davey Tree Expert Company, Wolf Tree, Inc.. Responses due by 3/31/2021. (Phillips, Christopher) (Additional attachment(s) added on 3/17/2021: # 1 Statement on cases) (jrb). (Entered: 03/17/2021) |
| 03/17/2021 | 54 | NOTICE of Appearance by Christopher W. Phillips on behalf of The Davey Tree Expert Company, Wolf Tree, Inc. (Phillips, Christopher) (Entered: 03/17/2021) |
| 03/17/2021 | 55 | NOTICE of Appearance by Christopher W. Phillips on behalf of The Davey Tree Expert Company, Wolf Tree, Inc. (Phillips, Christopher) (Entered: 03/17/2021) |
| 03/17/2021 | 56 | MOTION to Substitute Attorney *Elizabeth B. Wright* by The Davey Tree Expert Company, Wolf Tree, Inc.. Responses due by 3/31/2021. (Phillips, Christopher) (Entered: 03/17/2021) |
| 03/17/2021 | | MOTIONS REFERRED: 53 MOTION for Leave to Appear Pro Hac Vice *Edward E. McNally* Receipt Number AGASDC-3062867, Fee Amount $200. (jrb) (Entered: 03/17/2021) |
| 03/17/2021 | | MOTIONS REFERRED: 56 MOTION to Substitute Attorney *Elizabeth B. Wright*. (cmr) (Entered: 03/17/2021) |
| 03/18/2021 | 57 | TEXT ORDER granting 53 Motion for Leave to Appear Pro Hac Vice. Signed by Magistrate Judge Brian K. Epps on 3/18/2021. (cjc) (Entered: 03/18/2021) |
| 03/24/2021 | 58 | ORDER granting Defendants 56 Motion to Substitute Attorney. Added attorney Edward E. McNally for The Davey Tree Expert Company and Wolf Tree, Inc.. Attorney Elizabeth B. Wright; Andrea B. Daloia and Matthew David Ridings terminated. Signed by Magistrate Judge Brian K. Epps on 3/24/2021. (ca) (Entered: 03/24/2021) |
| 03/31/2021 | 59 | MOTION for Leave of Absence as to The Davey Tree Expert Company, Wolf Tree, Inc. for dates of : 06/24/21-06/28/21 by The Davey Tree Expert Company, Wolf Tree, Inc.. Responses due by 4/14/2021. (Major, George) (Entered: 03/31/2021) |
| 03/31/2021 | | MOTIONS REFERRED: 59 MOTION for Leave of Absence as to The Davey Tree Expert Company, Wolf Tree, Inc. for dates of : 06/24/21-06/28/21. (JH) (Entered: 03/31/2021) |
| 04/01/2021 | 60 | TEXT ORDER granting 59 Motion for Leave of Absence. Signed by Magistrate Judge Brian K. Epps on 4/1/2021. (cjc) (Entered: 04/01/2021) |
| 04/19/2021 | 61 | MOTION for Leave of Absence as to Marjorie L. Conner for dates of : June 14-18, 2021; July 5-9, 2021; July 26-30, 2021 by Marjorie L. Conner. Responses due by 5/3/2021. (Attachments: # 1 Text of Proposed Order)(Butler, Kimberly) (Entered: 04/19/2021) |
| 04/20/2021 | | MOTIONS REFERRED: 61 MOTION for Leave of Absence as to Marjorie L. Conner for dates of : June 14-18, 2021; July 5-9, 2021; July 26-30, 2021. (thb) (Entered: 04/20/2021) |

| 04/20/2021 | 62 | TEXT ORDER granting 61 Motion for Leave of Absence. Signed by Magistrate Judge Brian K. Epps on 4/20/2021. (cjc) (Entered: 04/20/2021) |
|---|---|---|
| 07/22/2021 | 63 | MOTION for Leave of Absence as to The Davey Tree Expert Company for dates of : November 18-22, 2021 by The Davey Tree Expert Company. Responses due by 8/5/2021. (Major, George) (Entered: 07/22/2021) |
| 07/22/2021 | | MOTIONS REFERRED: 63 MOTION for Leave of Absence as to The Davey Tree Expert Company for dates of : November 18-22, 2021. (JH) (Entered: 07/22/2021) |
| 07/23/2021 | 64 | TEXT ORDER granting 63 Motion for Leave of Absence. Signed by Magistrate Judge Brian K. Epps on 7/23/2021. (cjc) (Entered: 07/23/2021) |
| 02/10/2022 | 65 | MOTION FOR LEAVE OF ABSENCE / NOTICE by Marjorie L. Conner (Butler, Kimberly) Modified on 2/11/2022 (slt). (Entered: 02/10/2022) |
| 02/11/2022 | | MOTIONS REFERRED: 65 MOTION for Leave of Absence (slt) (Entered: 02/11/2022) |
| 02/11/2022 | 66 | TEXT ORDER granting 65 Motion for Leave of Absence. Signed by Magistrate Judge Brian K. Epps on 2/11/2022. (cjc) (Entered: 02/11/2022) |
| 12/01/2022 | 67 | ******* MOTION Lift Stay , MOTION to Withdraw by UNITED STATES OF AMERICA. Responses due by 12/15/2022. (Groover, Tania) (Entered: 12/01/2022) |
| 12/09/2022 | 68 | RESPONSE TO MOTION by The Davey Tree Expert Company, Wolf Tree, Inc. re 67 MOTION Lift Stay MOTION to Withdraw *non-opposition to USA's Motion to Lift Stay and Withdraw* (Phillips, Christopher) Modified on 12/12/2022 (slt). (Entered: 12/09/2022) |
| 12/09/2022 | 69 | MOTION for Joinder *In The Non-Opposition Filed By Defendants The Davey Tree Expert Company And Wolf Tree, Inc. In Response 68 To The United States Of Americas Motion To Lift Stay And Withdraw (Doc. 67 )* by Christopher Branch. Responses due by 12/23/2022. (Joyce, Carlton) Modified on 12/12/2022 (slt). (Entered: 12/09/2022) |
| 12/12/2022 | | MOTIONS REFERRED: 69 MOTION for Joinder *In The Non-Opposition Filed By Defendants The Davey Tree Expert Company And Wolf Tree, Inc. In Response To The United States Of Americas Motion To Lift Stay And Withdraw (Doc. 68)* (slt) (Entered: 12/12/2022) |
| 12/13/2022 | 70 | ORDER granting 69 Motion for Joinder. Signed by Magistrate Judge Brian K. Epps on 12/13/2022. (pts) (Entered: 12/13/2022) |
| 12/14/2022 | 71 | RESPONSE to 67 MOTION Lift Stay MOTION to Withdraw filed by UNITED STATES OF AMERICA filed by Brian J. Huffman. (Turner, Robert) (Entered: 12/14/2022) |
| 12/15/2022 | 72 | MOTION to Withdraw as Attorney *I. Gregory Hodges and George T. Major, Jr.* by The Davey Tree Expert Company, Wolf Tree, Inc.. Responses due by 12/29/2022. (Major, George) (Entered: 12/15/2022) |

| 12/16/2022 | 73 | MOTION for Joinder in Non-Opposition in Response to the United States of America's Motion to Lift Stay and Withdraw by Oscar Cruz. Responses due by 12/30/2022. (Dillard, William) (Entered: 12/16/2022) |
|---|---|---|
| 12/16/2022 | | MOTIONS REFERRED: 73 MOTION for Joinder *in Non-Opposition in Response to the United States of America's Motion to Lift Stay and Withdraw.* (thb) (Entered: 12/16/2022) |
| 12/16/2022 | 74 | NOTICE of Filing re 72 MOTION to Withdraw as Attorney. After 14 days a notice of noncompliance will be submitted to a judicial officerfor possible sanctions, to include dismissal. Compliance due by 12/30/2022. (thb) (Entered: 12/16/2022) |
| 12/19/2022 | 75 | ORDER granting re 73 Motion or Joinder in Non-Opposition in Response to the United States of America's Motion to Lift Stay and Withdraw. Signed by Magistrate Judge Brian K. Epps on 12/19/22. (loh) (Entered: 12/19/2022) |
| 12/19/2022 | 76 | Supplemental MOTION to Withdraw 74 Notice of Filing, Set/Reset Deadlines by The Davey Tree Expert Company. Responses due by 1/2/2023. (Major, George) (Entered: 12/19/2022) |
| 01/03/2023 | 77 | ORDER granting 72 Motion to Withdraw as Attorney. Attorney Inman Gregory Hodges and George T. Major, Jr terminated; granting 76 Motion to Withdraw 72 MOTION to Withdraw as Attorney *I. Gregory Hodges and George T. Major, Jr.*, 76 Supplemental MOTION to Withdraw. Signed by Judge William T. Moore, Jr on 1/3/23. (wwp) (Entered: 01/03/2023) |
| 01/19/2023 | 78 | Mail Returned as Undeliverable re 77 Order. Return to Sender. Mail sent to Pablo Rangel. (loh) (Entered: 01/19/2023) |
| 01/25/2023 | 79 | Mail Returned as Undeliverable 75 Order. Return to sender. Mail sent to Pablo Rangel. (ca) (Entered: 01/25/2023) |
| 03/13/2023 | 81 | NOTICE of Filing Deficiency re: 80 Notice of Withdrawal of Motion to Remand. After 14 days a notice of noncompliance will be submitted to a judicial officer for possible sanctions, to include dismissal. Compliance due by 3/27/2023. (csr) (Additional attachment(s) added on 3/13/2023: # 1 Correct Attachment) (csr). (Entered: 03/13/2023) |
| 03/13/2023 | 82 | MOTION to Withdraw 28 MOTION to Remand to State Court MOTION for Attorney Fees *and Costs* by Brian J. Huffman. Responses due by 3/27/2023. (Turner, Robert) (Entered: 03/13/2023) |
| 04/03/2023 | 83 | ORDER granting 67 Motion to lift stay and withdraw; granting 82 Plaintiff's Notice to withdraw his 28 motion to remand; dismissing as moot Plaintiff's 28 Motion to remand. Signed by Judge William T. Moore, Jr. on 4/3/2023. (gmh) (Entered: 04/03/2023) |
| 04/13/2023 | 84 | Consent MOTION for Extension of Time to File Response/Reply as to 13 First MOTION to Dismiss *and Certificate of Service*, 8 MOTION to Dismiss *Count I of Plaintiff's Complaint & Brief*, 14 MOTION to Dismiss *Counts 1-3 of the Complaint*, 7 Brief in Support/Opposition of Motion by Brian J. Huffman. Responses due by 4/27/2023. (Attachments: # 1 Text of Proposed Order) (Durham, James) (Entered: 04/13/2023) |

| 04/17/2023 | 85 | Mail Returned as Undeliverable - Not here. Mail 83 Order sent to Pablo Rangel on 4/3/2023. (kjm) (Entered: 04/17/2023) |
| 04/17/2023 | 86 | ORDER Granting 84 Motion for Extension of Time to File Response to 5 , 8 and 13 Defendants' MOTION to Dismiss. The remainder of the motion addressing Plaintiff's request for an extension of time for the parties to conduct the conference required by Federal Rule of Civil Procedure 26(f) is REFERRED to the Magistrate Judge assigned to this case for further consideration. Signed by Judge William T. Moore, Jr on April 17, 2023. (jrb) (Entered: 04/17/2023) |
| 04/17/2023 | | Set Deadlines as to 13 First MOTION to Dismiss *and Certificate of Service*, 14 MOTION to Dismiss *Counts 1-3 of the Complaint*, 8 MOTION to Dismiss *Count I of Plaintiff's Complaint & Brief*, 5 MOTION to Dismiss *Counts 1-3 of the Complaint*. Responses due by 5/1/2023. (jrb) (Entered: 04/17/2023) |
| 04/17/2023 | | MOTIONS REFERRED: 84 Consent MOTION for Extension of Time to File Response/Reply as to 13 First MOTION to Dismiss *and Certificate of Service*, 8 MOTION to Dismiss *Count I of Plaintiff's Complaint & Brief*, 14 MOTION to Dismiss *Counts 1-3* (jrb) (Entered: 04/17/2023) |
| 04/17/2023 | 87 | ORDER granting 84 Motion for Extension of Time to conduct a Rule 26(f) planning conference. The parties shall have through and including May 1, 2023, to hold the required planning conference and shall submit the required 26(f) Report within fourteen days of the conference. Signed by Magistrate Judge Brian K. Epps on 04/17/2023. (jlh) (Entered: 04/17/2023) |
| 04/25/2023 | 88 | MOTION for Leave of Absence as to Marjorie L. Conner for dates of : 6/2-6/9; 7/3-7/14 by Marjorie L. Conner. Responses due by 5/9/2023. (Butler, Kimberly) (Entered: 04/25/2023) |
| 04/26/2023 | | MOTIONS REFERRED: 88 MOTION for Leave of Absence as to Marjorie L. Conner for dates of : 6/2-6/9; 7/3-7/14. (thb) (Entered: 04/26/2023) |
| 04/26/2023 | 89 | TEXT ORDER granting 88 Motion for Leave of Absence. Signed by Magistrate Judge Brian K. Epps on 4/26/2023. (cjc) (Entered: 04/26/2023) |
| 04/28/2023 | 90 | *******Consent MOTION to Withdraw 13 First MOTION to Dismiss *and Certificate of Service*, 5 MOTION to Dismiss *Counts 1-3 of the Complaint*, 8 MOTION to Dismiss *Count I of Plaintiff's Complaint & Brief*, 14 MOTION to Dismiss *Counts 1-3 of the Complaint* , Consent MOTION For Entry Of An Order Providing For A Schedule For Amended Motions To Dismiss by The Davey Tree Expert Company, Wolf Tree, Inc.. Responses due by 5/12/2023. (Attachments: # 1 Text of Proposed Order)(McNally, Edward) (Entered: 04/28/2023) |
| 04/28/2023 | 91 | Consent MOTION for Extension of Time to File Response/Reply as to 13 First MOTION to Dismiss *and Certificate of Service*, 8 MOTION to Dismiss *Count I of Plaintiff's Complaint & Brief*, 14 MOTION to Dismiss *Counts 1-3 of the Complaint*, 7 Brief in Support/Opposition of Motion by Brian J. Huffman. Responses due by 5/12/2023. (Attachments: # 1 Text of Proposed Order) (Durham, James) (Entered: 04/28/2023) |
| 05/01/2023 | 92 | ORDER granting 90 Motion to Withdraw; dismissing as moot 91 Motion for Extension of Time to File Response/Reply, 5 Motion to Dismiss, 8 Motion to Dismiss, 13 Motion to Dismiss and 14 Motion to Dismiss. The remainder of 90 addressing Defendants' request for an amended schedule is referred to the |

| | | Magistrate Judge. Signed by Judge William T. Moore, Jr on 5/1/2023. (pts) (Entered: 05/01/2023) |
|---|---|---|
| 05/01/2023 | | MOTIONS REFERRED: 90 Consent MOTION For Entry Of An Order Providing For A Schedule For Amended Motions To Dismiss (pts) (Entered: 05/01/2023) |
| 05/02/2023 | 93 | ORDER granting re 90 Consent Motion request for a schedule to file updated and amended motions to dismiss. Signed by Magistrate Judge Brian K. Epps on 5/2/23. (loh) (Entered: 05/02/2023) |
| 05/02/2023 | | Set/Reset Deadlines: Amended Complaint due by 7/14/2023. Amended Motions to Dismiss due by 6/15/2023. (loh) (Entered: 05/02/2023) |
| 05/02/2023 | 94 | CERTIFICATE OF SERVICE by Christopher Branch (McGinty, Gary) (Entered: 05/02/2023) |
| 05/02/2023 | 95 | NOTICE of Appearance by Gary J. McGinty on behalf of Christopher Branch (McGinty, Gary) (Entered: 05/02/2023) |
| 05/10/2023 | 96 | Mail Returned as Undeliverable re 87 Order. Return to Sender. Mail sent to Pablo Rangel. (loh) (Entered: 05/10/2023) |
| 05/11/2023 | 97 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Exhibit A)(McNally, Edward) (Entered: 05/11/2023) |
| 05/12/2023 | | MOTIONS REFERRED: 97 REPORT of Rule 26(f) Planning Meeting. (csr) (Entered: 05/12/2023) |
| 05/15/2023 | 98 | SCHEDULING ORDER: Fact Discovery due by 11/13/2023. Motions due by 4/12/2024. Expert Witness Report (Plaintiff) due by 12/13/2023. Expert Witness Report (defendant) due by 1/12/2024. Status Report due by 2/5/2024. Signed by Magistrate Judge Brian K. Epps on 5/15/23. (Attachments: # 1 Joint Status, # 2 Civil Trial Info) (loh) (Entered: 05/15/2023) |
| 06/02/2023 | 99 | Mail Returned as Undeliverable re 98 Scheduling Order. No longer at this address. Mail sent to Pablo Rangel on 5/16/23. (loh) (Entered: 06/02/2023) |
| 06/15/2023 | 100 | *******Amended MOTION to Dismiss *Counts I-III of Plaintiff's Complaint* by Christopher Branch. Responses due by 6/29/2023. (McGinty, Gary) (Entered: 06/15/2023) |
| 06/15/2023 | 101 | Amended MOTION to Dismiss *COUNTS 1-3 OF PLAINTIFFS COMPLAINT AND INCORPORATED BRIEF IN SUPPORT OF THE MOTION* by Marjorie L. Conner. Responses due by 6/29/2023. (Butler, Kimberly) (Entered: 06/15/2023) |
| 06/15/2023 | 102 | MOTION to Dismiss by The Davey Tree Expert Company, Wolf Tree, Inc.. Responses due by 6/29/2023. (McNally, Edward) (Entered: 06/15/2023) |
| 06/15/2023 | 103 | Amended MOTION to Dismiss *and Certificate of Service* by Oscar Cruz. Responses due by 6/29/2023. (Dillard, William) (Entered: 06/15/2023) |
| 06/20/2023 | 104 | MOTION for Protective Order by Brian J. Huffman. Responses due by 7/5/2023. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Durham, James) (Entered: 06/20/2023) |

| 06/20/2023 | | | MOTIONS REFERRED: 104 MOTION for Protective Order. (csr) (Entered: 06/20/2023) |
|---|---|---|---|
| 06/21/2023 | ➡🗎 | 105 | MOTION for Protective Order by Marjorie L. Conner. Responses due by 7/5/2023. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Text of Proposed Order)(Butler, Kimberly) (Entered: 06/21/2023) |
| 06/21/2023 | | | MOTIONS REFERRED: 105 MOTION for Protective Order. (csr) (Entered: 06/21/2023) |
| 06/26/2023 | | 106 | NOTICE of Hearing by telephone on Motions 104 MOTION for Protective Order, 105 MOTION for Protective Order : Motion Hearing by telephone set for 6/30/2023 10:00 AM before Magistrate Judge Brian K. Epps. Please dial 877-336-1829, enter code 5508163 and enter password 0184 to access the teleconference.(cjc) (Entered: 06/26/2023) |
| 06/27/2023 | ➡🗎 | 107 | Joint MOTION for Protective Order *To Protect The Companies' Attorney-Client Privilege And Work Product Protections And To Uphold The State Court And Special Master Findings* by The Davey Tree Expert Company, Wolf Tree, Inc.. Responses due by 7/11/2023. (Attachments: # 1 Exhibit A - Special Master Report and Recommendation, # 2 Exhibit B - January 2019 Hearing Transcript, # 3 Exhibit C - March 2023 Order, # 4 Exhibit D - February 2023 email correspondence with court, # 5 Exhibit E - May 2023 Letter to Defendants) (McNally, Edward) (Entered: 06/27/2023) |
| 06/27/2023 | | | MOTIONS REFERRED: 107 Joint MOTION for Protective Order *To Protect The Companies' Attorney-Client Privilege And Work Product Protections And To Uphold The State Court And Special Master Findings.* (thb) (Entered: 06/27/2023) |
| 06/28/2023 | ➡🗎 | 108 | Joint MOTION to Stay *Discovery* by The Davey Tree Expert Company, Wolf Tree, Inc.. Responses due by 7/12/2023. (McNally, Edward) (Entered: 06/28/2023) |
| 06/29/2023 | | | MOTIONS REFERRED: 108 Joint MOTION to Stay *Discovery. (csr) (Entered: 06/29/2023)* |
| 06/29/2023 | | 109 | ORDER directing the Clerk to update Defendant Rangel-Rubio's address and to further update his BOP Register Number 20 22405-021 and directs the Clerk to include with service copy of this Order a printed copy of this case's docket. Within fourteen days of the date of this Order, Defendant may file a response indicating which order or motions he was not served with but now requires a copy. (Compliance due by 7/13/2023.) Signed by Magistrate Judge Brian K. Epps on 6/29/2023. (ca) (Entered: 06/29/2023) |