# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the estate of ELIUD MONTOYA-ARCOS, deceased, | |
| Plaintiff, | CASE NO.: 4:18-cv-00184 |
| v. | |
| THE DAVEY TREE EXPERT COMPANY, Et al., | |
| Defendants. | |

## MOTION FOR LEAVE OF ABSENCE OF ATTORNEY

COMES NOW, Wiley A. Wasden, III, and, pursuant to Rule 83.9 of the Local Rules for the Southern District of Georgia, requests a leave of absence as follows:

1.

Movant requests a leave of absence for the dates of:

**May 2-3, 6-10, 13, 2024;**
**July 8-12, 15-19, 2024; and**
**August 30, 2024, September 3-6, 9-13, 16-17, 2024.**

2.

As shown by the Certificate of Service to this pleading, all Counsel of Record in the case for which protection is desired have been served with a copy of this Motion.

WHEREFORE, on the grounds set forth above, Movant requests this Court grant his Motion for Leave of Absence.

This 27th day of November, 2023.

BRENNAN & WASDEN, LLC

BY: /s/Wiley A. Wasden, III
Wiley A. Wasden, III
Georgia Bar No. 738750
William E. Dillard
State Bar No.: 222030
*Attorneys for Defendant Oscar Cruz*

P. O. Box 8047
Savannah, Georgia  31412
Phone: (912) 232-6700
Fax: (912) 232-0799
wwasden@brennanwasden.com

## CERTIFICATE OF SERVICE

I, hereby certify that I have this day served a copy of the foregoing pleading upon all parties to this matter by e-filing the same with the Court's CM-ECF system which will automatically email notification of such filing to the following attorneys of record:

Robert Bartley Turner, Esq.
Savage, Turner, Durham, Pinckney & Savage
P. O. Box 10600
Savannah, Georgia  31412
bturner@savagelawfirm.net

John C. Watts, Jr., Esq.
Watts & Watts
145 Habersham Street
Savannah, Georgia 31401
watts@wattsandwatts.com

David H. Estes, Esq.
Tania D. Groover, Esq.
Chris Howard, Esq.
P. O. Box 8970
Savannah, Georgia  31412
tania.groover@usdoj.gov
christopher.howard@usdoj.gov

**And by regular mail to:**

Pablo Rangel Rubio (pro se)
21207-379
c/o Laurens County Detention Center
522 Southern Pines Road
Dublin, Georgia  31021

Savage, Turner, Durham, Pinckney & Savage
P. O. Box 10600
Savannah, Georgia  31412
bturner@savagelawfirm.net

I. Gregory Hodges, Esq.
George T. Major, Jr., Esq.
Oliver Maner LLP
P.O. Box 10186
Savannah, Georgia  31412
ghodges@olivermaner.com
gmajor@olivermaner.com

Elizabeth B. Wright, Esq.
Brianna Stuart, Esq.
Matthew D. Ridings, Esq.
Thompson Hine LLP
3900 Key Tower
127 Public Square
Cleveland, Ohio  44114
elizabeth.wright@thompsonhine.com
brianna.stuart@thompsonhine.com
matt.ridings@thompsonhine.com

John R. Mitchell, Esq.
Taft, Stettinius & Hollister, LLP
200 Public Square, Suite 3500
127 Public Square
Cleveland, Ohio  44114
jmitchell@taftlaw.com

R. Clay Ratterree, Esq.
Kimberly Cofer Butler, Esq.
Ellis, Painter, Ratterree & Adams LLP
P. O. Box 9946
Savannah, Georgia  31412
clayr@epra-law.com
kharris@epra-law.com

Carlton E. Joyce, Esq.
Bouhan Falligant, LLP
P. O. Box 2139
Savannah, Georgia  31402
cejoyce@bouhan.com

Christopher W. Phillips, Esq.
Hunter, Maclean, Exley & Dunn, P.C.
2 East St. Julian Street
Savannah, Georgia  31401
cphillips@HunterMaclean.com

Edward E. McNally, Esq.
Kasowitz Benson Torres, LLP
1633 Broadway
New York, New York 10019
emcnally@kasowitz.com

Jeffrey L. Ertel, Esq.
Wes Bryant, Esq.
Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia  30303
jeff_ertel@fd.org
wes_bryant@fd.org

RESPECTFULLY SUBMITTED this 27th day of November 2023.

                          BRENNAN & WASDEN, LLC

                BY:   /s/Wiley A. Wasden, III
                        Wiley A. Wasden, III
                        Georgia Bar No. 738750
                        *Attorney for Defendant Oscar Cruz*

P. O. Box 8047
Savannah, Georgia  31412
Phone: (912) 232-6700
Fax: (912) 232-0799
wwasden@brennanwasden.com