IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, also known as Pablo Rangel-Rubio,<br><br>Defendants. | No. 18-cv-00184 |

**THE DAVEY TREE EXPERT COMPANY AND WOLF TREE, INC.'S
MOTION FOR CLERK'S EXTENSION OF TIME TO FILE
THEIR MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Local Rule 6.1, Defendants The Davey Tree Expert Company ("Davey Tree") and Wolf Tree, Inc. ("Wolf Tree", together with Davey Tree, the "Companies") respectfully move the Clerk of Court to extend the time for the Companies to file their motion to dismiss the amended complaint.

The Companies originally filed their motion to dismiss the amended complaint on August 14, 2023. (ECF No. 144.) On September 11, 2023, Plaintiff filed a consolidated response to the motions to dismiss filed by the Companies and to those filed by Marjorie L. Conner, Christopher Branch and Oscar Cruz. (ECF No. 157.) On October 11, 2023, the Companies filed their reply. (ECF No. 172.)

On March 27, 2024, Judge R. Stan Baker issued an order directing Plaintiff to file the required version of the RICO statement form pursuant to Local Rule 9.1 within 14 days; dismissing

the Companies' and the other defendants respective motion to dismiss the amended complaint, without prejudice and with leave to refile once Plaintiff filed the required RICO statement form; and setting a deadline of 21 days after Plaintiff filed his RICO statement form for defendants to file a motion to dismiss the amended complaint. (ECF No. 193.)

On April 4, 2024, Plaintiff filed a motion for extension of time to file the required RICO statement form. (ECF No. 194.) Judge Epps granted the motion on April 2, 2024. (ECF No. 195.) On April 24, 2024, Plaintiff filed a document styled as "Plaintiff's RICO Statement." (ECF No. 196.) Pursuant to the Court's scheduling order (ECF No. 193), the Companies' motion to dismiss is now due on May 15, 2024, which is 21 days after April 24, 2024.

The Companies are requesting additional time to review and analyze Plaintiff's RICO Statement which is 108 pages long. The Companies have attempted to contact Jim Durham, counsel for Plaintiff, by telephone and email to discuss whether Plaintiff would consent to this motion, but counsel has not responded.

The Companies respectfully request that the Clerk of Court extend the deadline by which the Companies must file their motion to dismiss the amended complaint by 14 days, up to and including May 29, 2024.

Dated:  May 8, 2024
        New York, New York

                                        KASOWITZ BENSON TORRES LLP

                                        /s/ *Edward E. McNally*
                                        Edward E. McNally (*pro hac vice*)
                                        Brian S. Choi (*pro hac vice forthcoming*)
                                        Marcellene E. Hearn (*pro hac vice forthcoming*)
                                        1633 Broadway
                                        New York, New York 10019
                                        Telephone: (212) 506-1700
                                        Facsimile: (212) 506-1800
                                        Email:    EMcNally@kasowitz.com

HUNTER, MACLEAN, EXLEY & DUNN P.C.
Christopher W. Phillips
Georgia Bar No. 002920
P.O. Box 9848
Savannah, GA 31412-0048
Telephone:  (912) 236-0261
Facsimile: (912) 236-4936
Email:  cphillips@huntermaclean.com

*Attorneys for Defendants The Davey Tree Expert Company and Wolf Tree, Inc*.

## CERTIFICATE OF SERVICE

I certify that on this day, I caused the foregoing to be served through the Court ECF system upon all counsel registered to receive service, and via regular U.S. mail on the following:

Pablo Rangel-Rubio (*Pro Se*)
Register No. 22405-021
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA  95301

This 8th day of May, 2024

                                        KASOWITZ BENSON TORRES LLP

                                        /s/  *Edward E. McNally*
                                        Edward E. McNally (*pro hac vice*)
                                        Brian S. Choi (*pro hac vice forthcoming*)
                                        Marcellene E. Hearn (*pro hac vice forthcoming*)
                                        New York, New York 10019
                                        Telephone:  (212) 506-1700
                                        Facsimile: (212) 506-1800
                                        Email: EMcNally@kasowitz.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased, </br></br> Plaintiff, </br></br> v. </br></br> THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, also known as Pablo Rangel-Rubio, </br></br> Defendants. | No. 18-cv-00184 |

## [PROPOSED] ORDER

Defendants The Davey Tree Expert Company and Wolf Tree, Inc. filed a motion pursuant to Local Rule 6.1 for a Clerk's extension of time to file their motion to dismiss the amended complaint.

The deadline for The Davey Tree Expert Company and Wolf Tree, Inc. to file their motion to dismiss the amended complaint is hereby extended by 14 days, up to and including May 29, 2024.

SO ORDERED this _____ day of May, 2024.


_____
Clerk of the Court
United States District Court
Southern District of Georgia