IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN J. HUFFMAN, as<br>Administrator of the Estate of<br>Eliud Montoya-Arcos, Deceased, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 418-184 |
| | ) | |
| THE DAVEY TREE EXPERT<br>COMPANY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The Court **GRANTS** Defendants The Davey Tree Expert Company and Wolf Tree, Inc.'s request for a fourteen-day extension of time to file motions to dismiss as set by the Court's March 27, 2024 Order.  (Doc. no. 198.)  The new deadline to file motions to dismiss is extended through and including May 29, 2024.

SO ORDERED this 10th day of May, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA