IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, also known as Pablo Rangel-Rubio,<br><br>    Defendants. | No. 18-cv-00184 |

**JOINT CONSENT MOTION FOR EXTENSION OF TIME TO FILE
MOTIONS TO DISMISS THE AMENDED COMPLAINT**

Defendants The Davey Tree Expert Company ("Davey Tree") and Wolf Tree, Inc. ("Wolf Tree," and collectively with Davey Tree, "Company Defendants"), Marjorie L. Conner ("Conner"), Christopher Branch ("Branch") and Oscar Cruz ("Cruz," and collectively with Company Defendants, Conner, and Branch, the "Defendants") respectfully and jointly move this Court to extend the time for Defendants to file their motion to dismiss the amended complaint. Plaintiff has consented to the relief requested in this motion.

The Defendants originally filed their motions to dismiss the amended complaint on August 14, 2023. (ECF Nos. 141–44.) On September 11, 2023, Plaintiff filed a consolidated response to the motions to dismiss filed by the Defendants. (ECF No. 157.) On October 11, 2023, the Defendants filed their replies. (ECF Nos. 168, 170, 171, 172.)

On March 27, 2024, Judge R. Stan Baker issued an order directing Plaintiff to file the required version of the RICO statement form pursuant to Local Rule 9.1 within 14 days; dismissing

1

Defendants' motions to dismiss the amended complaint, without prejudice and with leave to refile once Plaintiff filed the required RICO statement form; and setting a deadline of 21 days after Plaintiff filed his RICO statement form for Defendants to file motions to dismiss the amended complaint. (ECF No. 193.)

On April 4, 2024, Plaintiff filed a motion for extension of time to file the required RICO statement form. (ECF No. 194.) Judge Brian K. Epps granted the motion on April 2, 2024. (ECF No. 195.) On April 24, 2024, Plaintiff filed a document styled as "Plaintiff's RICO Statement," which is 108 pages in length. (ECF No. 196.)

On May 8, 2024, the Company Defendants filed a motion for a Clerk's extension of time to file their motion to dismiss the amended complaint. (ECF No. 198.) Judge Brian K. Epps granted the motion on May 10, 2024. (ECF No. 199.) The Company Defendants' motion to dismiss the amended complaint is now due on May 31, 2024. *Id.*

Defendants have now met and conferred with counsel for Plaintiff concerning a further extension, to which Plaintiff consented.[1] This request is the Company Defendants' second request for an extension of time and the other defendants' first request for an extension of time. The Defendants are requesting the additional time to review, analyze and respond to Plaintiff's RICO statement which, as referenced above, is 108 pages in length.

The Defendants respectfully request, with Plaintiff's consent, that the Court extend the deadline by which all Defendants must file their motions to dismiss the amended complaint up to and including June 14, 2024.

---

[1] The Company Defendants' motion for a Clerk's extension erroneously stated that counsel for the Plaintiff had not responded to outreach to discuss whether Plaintiff would consent to an extension of time. (ECF No. 198.) When in fact Plaintiff's counsel sent a return email, to the Company Defendants' counsel's email, inviting a call, on the afternoon of May 8th. Plaintiff's counsel has also advised that, earlier, a return call was made back to Company Defendants' counsel on May 7th.

Dated:   May 13, 2024
         New York, New York

        KASOWITZ BENSON TORRES LLP

        /s/ *Edward E. McNally*
        Edward E. McNally (*pro hac vice*)
        Brian S. Choi (*pro hac vice forthcoming*)
        Marcellene E. Hearn (*pro hac vice forthcoming*)
        1633 Broadway
        New York, New York 10019
        Telephone: (212) 506-1700
        Facsimile:  (212) 506-1800
        Email:      EMcNally@kasowitz.com

        HUNTER, MACLEAN, EXLEY & DUNN P.C.
        Christopher W. Phillips
        Georgia Bar No. 002920
        P.O. Box 9848
        Savannah, GA 31412-0048
        Telephone: (912) 236-0261
        Facsimile:  (912) 236-4936
        Email:      cphillips@huntermaclean.com

        *Attorneys for Defendants The Davey Tree Expert Company and Wolf Tree, Inc*.

        BUTLER PRATHER LLC
        *s/ Kimberly Cofer Butler*
        Kimberly Cofer Butler
        Georgia Bar No. 172950
        Butler Prather LLP
        PO Box 2766
        Columbus, GA 31902
        Telephone: 706-577-7101
        Fax:          706-323-2962
        Email:      kcbutler@butlerprather.com

        *Attorneys for Defendant Marjorie L. Conner*

        BOUHAN FALLIGANT LLP

        *s/ Carlton E. Joyce*
        Carlton E. Joyce
        Georgia Bar No. 405515
        Gary J. McGinty

            Georgia Bar No. 602353
            Post Office Box 2139
            Savannah, Georgia 31402-2139
            Telephone: (912) 232-7000
            Facsimile: (912) 233-0811
            Email:  cejoyce@bouhan.com
                 gmcginty@bouhan.com

            *Attorneys for Defendant Christopher Branch*

            BRENNAN & WASDEN, LLC

            */s/ Wiley A. Wasden*
            Wiley A. Wasden, III
            Georgia Bar No. 738750
            William E. Dillard, III
            Georgia Bar No. 222030
            Post Office Box 8047
            Savannah, Georgia 31412
            Telephone: (912) 232-6700
            Facsimile: (912) 232-079
            Email:  wwasden@brennanwasden.com

            *Attorneys for Defendant Oscar Cruz*

*Consented to by:*

GRIFFIN DURHAM TANNER & CLARKSON

By: */s/ James D. Durham*
   James D. Durham
   Georgia Bar No. 235515
   Samuel L. Mikell
   Georgia Bar No. 241146
   104 West State Street, Suite 200
   Savannah, GA 31401
   Telephone/Fax: 912-867-9140
   Email:  jdurham@griffindurham.com
         smikell@griffindurham.com

   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this day, I caused the foregoing to be served through the Court ECF system upon all counsel registered to receive service, and via regular U.S. mail on the following:

Pablo Rangel-Rubio (*Pro Se*)
Register No. 22405-021
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA  95301

This 13th day of May, 2024

                                              KASOWITZ BENSON TORRES LLP

                                              /s/ *Edward E. McNally*
                                              Edward E. McNally (*pro hac vice*)
                                              Brian S. Choi (*pro hac vice forthcoming*)
                                              Marcellene E. Hearn (*pro hac vice forthcoming*)
                                              New York, New York 10019
                                              Telephone:  (212) 506-1700
                                              Facsimile: (212) 506-1800
                                              Email: EMcNally@kasowitz.com

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of Eliud Montoya-Arcos, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CV 481-184 ) |
| THE DAVEY TREE EXPERT COMPANY, et al., | ) ) ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

The Court **GRANTS** Defendants The Davey Tree Expert Company, Wolf Tree, Inc. Marjorie L. Conner, Christopher Branch and Oscar Cruz's joint consent motion for an extension of time to file their motions to dismiss the amended complaint. (Doc. No. 200.) The new deadline to file motions to dismiss is extended through and including June 14, 2024.

SO ORDERED this _____ day of May, 2024, at Augusta, Georgia

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA