IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of Eliud Montoya-Arcos, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 418-184 |
| THE DAVEY TREE EXPERT COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The Court **GRANTS** the Joint Consent Motion for an Extension of Time to File Motions to Dismiss the Amended Complaint. (Doc. no. 200.) The new deadline for all Defendants to file their respective motions to dismiss is extended through and including June 14, 2024.

SO ORDERED this 14th day of May, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA