IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, also known as Pablo Rangel-Rubio,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 18-cv-00184<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTIONS TO DISMISS THE AMENDED COMPLAINT
AND
UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

Defendants The Davey Tree Expert Company ("Davey Tree") and Wolf Tree, Inc. ("Wolf Tree," and collectively with Davey Tree, "Company Defendants"), Marjorie L. Conner ("Conner"), Christopher Branch ("Branch") and Oscar Cruz ("Cruz," and collectively with Company Defendants, Conner, and Branch, the "Defendants") respectfully and jointly move this Court to extend the time for Defendants to file their motion to dismiss the amended complaint.

In addition, the Company Defendants respectfully request permission, pursuant to Local Rule 7.1(a), to exceed the 26-page limit for briefs under the Rule by eight (8) additional pages.

Defendants have met and conferred with counsel for Plaintiff, and Plaintiff does not oppose the relief requested in this motion.

The Defendants originally filed their motions to dismiss the amended complaint on August 14, 2023. (ECF Nos. 141–44.) On September 11, 2023, Plaintiff filed a consolidated response to

the motions to dismiss filed by the Defendants.  (ECF No. 157.)  On October 11, 2023, the Defendants filed their replies.  (ECF Nos. 168, 170, 171, 172.)

On March 27, 2024, Judge R. Stan Baker issued an order directing Plaintiff to file the required version of the RICO statement form pursuant to Local Rule 9.1 within 14 days; dismissing Defendants' motions to dismiss the amended complaint, without prejudice and with leave to refile once Plaintiff filed the required RICO statement form; and setting a deadline of 21 days after Plaintiff filed his RICO statement form for Defendants to file motions to dismiss the amended complaint.  (ECF No. 193.)

On April 4, 2024, Plaintiff filed a motion for extension of time to file the required RICO statement form.  (ECF No. 194.)  Judge Brian K. Epps granted the motion on April 2, 2024.  (ECF No. 195.)  On April 24, 2024, Plaintiff filed a document styled as "Plaintiff's RICO Statement," which is 108 pages in length.  (ECF No. 196.)

On May 8, 2024, the Company Defendants filed a motion for a Clerk's extension of time to file their motion to dismiss the amended complaint.  (ECF No. 198.)  Judge Brian K. Epps granted the motion on May 10, 2024.  (ECF No. 199.)

On May 13, 2024, the Defendants filed a joint motion for extension of time to file their motions to dismiss the amended complaint.  (ECF No. 200.)  Judge Brian K. Epps granted the motion on May 14, 2024.  (ECF No. 201.)  The motions to dismiss the amended complaint are now due on June 14, 2024.

This request is the Company Defendants' third request for an extension of time and the other defendants' second request for an extension of time.  The Defendants are requesting the additional time to review, analyze and respond to Plaintiff's RICO statement which, as referenced above, is 108 pages in length.  In addition, counsel for the Company Defendants, who are also

counsel in the parallel state court action brought by the widow of the decedent, *Montoya v. The Davey Tree Expert Company*, No. STCV17-01873, have been engaged with trial preparation and pre-trial filings for a trial that is scheduled to begin in State Court of Chatham County on July 29, 2024. Accordingly, the Defendants respectfully request that the Court extend the deadline by which all Defendants must file their motions to dismiss the amended complaint up to and including June 18, 2024.

In addition, the Company Defendants request eight additional pages for their motion to dismiss the amended complaint to allow space to address arguments and facts raised in Plaintiff's RICO Statement, in addition to the allegations in the amended complaint.

A proposed order granting this motion is attached hereto as Exhibit 1.

Dated:   June 12, 2024
         New York, New York

                                        KASOWITZ BENSON TORRES LLP

                                        /s/ *Edward E. McNally*
                                        Edward E. McNally (*pro hac vice*)
                                        Brian S. Choi (*pro hac vice forthcoming*)
                                        Marcellene E. Hearn (*pro hac vice forthcoming*)
                                        1633 Broadway
                                        New York, New York 10019
                                        Telephone: (212) 506-1700
                                        Facsimile:  (212) 506-1800
                                        Email:      EMcNally@kasowitz.com

                                        HUNTER, MACLEAN, EXLEY & DUNN P.C.
                                        Christopher W. Phillips
                                        Georgia Bar No. 002920
                                        P.O. Box 9848
                                        Savannah, GA 31412-0048
                                        Telephone: (912) 236-0261
                                        Facsimile:  (912) 236-4936
                                        Email:      cphillips@huntermaclean.com

                                        *Attorneys for Defendants The Davey Tree Expert Company and Wolf Tree, Inc.*

BUTLER PRATHER LLC

*/s/ Kimberly Cofer Butler*
Kimberly Cofer Butler
Georgia Bar No. 172950
Butler Prather LLP
PO Box 2766
Columbus, GA 31902
Telephone:    706-577-7101
Fax:    706-323-2962
Email: kcbutler@butlerprather.com

*Attorneys for Defendant Marjorie L. Conner*

BOUHAN FALLIGANT LLP

*/s/ Carlton E. Joyce*
Carlton E. Joyce
Georgia Bar No. 405515
Gary J. McGinty
Georgia Bar No. 602353
Post Office Box 2139
Savannah, Georgia 31402-2139
Telephone:    (912) 232-7000
Facsimile:    (912) 233-0811
Email: cejoyce@bouhan.com
            gmcginty@bouhan.com

*Attorneys for Defendant Christopher Branch*

BRENNAN & WASDEN, LLC

*/s/ Wiley A. Wasden*
Wiley A. Wasden, III
Georgia Bar No. 738750
William E. Dillard, III
Georgia Bar No. 222030
Post Office Box 8047
Savannah, Georgia 31412
Telephone:    (912) 232-6700
Facsimile:    (912) 232-079
Email: wwasden@brennanwasden.com

*Attorneys for Defendant Oscar Cruz*

## CERTIFICATE OF SERVICE

I certify that on this day, I caused the foregoing to be served through the Court ECF system upon all counsel registered to receive service, and via regular U.S. mail on the following:

Pablo Rangel-Rubio (*Pro Se*)
Register No. 22405-021
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA  95301

This 12th day of June, 2024

                                         KASOWITZ BENSON TORRES LLP

                                         /s/  *Edward E. McNally*
                                         Edward E. McNally *(pro hac vice)*
                                         Brian S. Choi (*pro hac vice forthcoming*)
                                         Marcellene E. Hearn (*pro hac vice forthcoming*)
                                         New York, New York 10019
                                         Telephone:  (212) 506-1700
                                         Facsimile: (212) 506-1800
                                         Email: EMcNally@kasowitz.com