IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of Eliud Montoya-Arcos, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> THE DAVEY TREE EXPERT COMPANY, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CV 481-184 <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

The Court **GRANTS** the Joint Unopposed Motion for an Extension of Time to File Motions to Dismiss the Amended Complaint. (Doc. no. ___.) The new deadline for all Defendants to file their respective motions to dismiss is extended through and including June 18, 2024.

The Court **GRANTS** the Unopposed Motion of Defendants The Davey Tree Expert Company and Wolf Tree, Inc. to file a brief of no more than 33 pages. (Doc. no. ___.)

SO ORDERED this _____ day of June, 2024, at Augusta, Georgia

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA