IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of Eliud Montoya-Arcos, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 418-184 |
| THE DAVEY TREE EXPERT COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) | |

**O R D E R**

The Court **GRANTS** the Joint Unopposed Motion for Extension of Time to File Motions to Dismiss the Amended Complaint and Unopposed Motion to Exceed Page Limit. (Doc. no. 202.)  The new deadline for all Defendants to file their respective motions to dismiss is extended through and including June 21, 2024.  Moreover, Defendants The Davey Tree Expert Company and Wolf Tree, Inc., may file briefs in support of their anticipated motions to dismiss of no more than thirty-four pages.

SO ORDERED this 13th day of June, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA