IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN JOSEPH HUFFMAN, ESQ. ) <br> AS ADMINISTRATOR OF THE ) <br> ESTATE OF ELIUD ) <br> MONTOYA-ARCOS, ) <br>     Decedent, ) <br> ) <br> v. ) <br> ) <br> THE DAVEY TREE EXPERT ) <br> COMPANY, WOLF TREE, INC., ) <br> MARJORIE L. CONNER, ) <br> CHRISTOPHER BRANCH, ) <br> OSCAR CRUZ, PABLO RANGEL ) <br> a/k/a PABLO RANGEL-RUBIO, ) | CASE NO. 4:18-CV-00184 |

**AMENDED CERTIFICATE OF SERVICE**

Defendant Marjorie L. Conner filed her Motion to Dismiss and Incorporated Brief [Doc. 204] earlier this date. The certificate of service for that Motion [Doc. 204] is hereby amended to state that: I hereby certify that Conner's Motion to Dismiss and Incorporated Brief [Doc. 204] was served through the Court ECF system upon all counsel registered to receive service and served via regular U.S. mail on the following:

>Pablo Rangel (Pro Se) (22405-021)
>USP Atwater
>U.S. Penitentiary
>P.O. Box 019001
>Atwater, CA 95301

This 20th day of June, 2024.

BUTLER PRATHER LLP

*/s/ Kimberly Cofer Butler*
KIMBERLY COFER BUTLER
Georgia State Bar No. 172950
kcbutler@butlerprather.com
Counsel for Defendant Marjorie L. Conner

P.O. Box 2766
Columbus, GA 31902
T: (706) 322-1990
F: (706) 323-2962

1