**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased, <br><br>  *Plaintiff*, <br><br> v. <br><br> THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, also known as Pablo Rangel-Rubio, <br><br>  *Defendants*. | Case No. 18-cv-00184-RSB-BKE |

**JOINT MOTION FOR ORAL ARGUMENT**
**ON DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Local Rule 7.2, Defendants Davey Tree Expert Company, Wolf Tree, Inc., Christopher Branch, Marjorie L. Conner, and Oscar Cruz respectfully request oral argument on their respective motions to dismiss the Amended Complaint (ECF No. 123), which were filed on June 20 and June 21, 2024 (*see* ECF Nos. 204, 207, 208, 209). Given that the factual allegations and legal theories in this case overlap substantially with those in a related state action, Defendants submit that oral argument may be helpful to this Court as it considers the arguments underlying their motions to dismiss.

Defendants further estimate that up to two hours may be required for a combined argument (five defendants and plaintiff) on the pending motions.

Dated: June 24, 2024
    New York, New York

KASOWITZ BENSON TORRES LLP

*/s/ Edward E. McNally*
Edward E. McNally (admitted *pro hac vice*)
Brian S. Choi (*pro hac vice forthcoming*)
Marcellene E. Hearn (*pro hac vice forthcoming*)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: emcnally@kasowitz.com

Christopher W. Phillips
Georgia Bar No. 002920
HUNTER, MACLEAN, EXLEY & DUNN P.C.
P.O. Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
Facsimile: (912) 236-4936
Email: cphillips@huntermaclean.com

*Attorneys for Davey Tree Expert Company and Wolf Tree, Inc.*

BOUHAN FALLIGANT LLP

*/s/ Carlton E. Joyce*
CARLTON E. JOYCE
State Bar of Georgia No. 405515
GARY J. MCGINTY
State Bar of Georgia No. 602353
Post Office Box 2139
Savannah, Georgia 31402
T: 912.232.7000
F: 912.233.0811
Email: cejoyce@bouhan.com
       gmcginty@bouhan.com

*Attorneys for Defendant Christopher Branch*

BUTLER PRATHER LLP

*/s/ Kimberly Cofer Butler*
KIMBERLY COFER BUTLER
Georgia State Bar No. 172950
P.O. Box 2766

Columbus, GA 31902
T:  (706) 322-1990
F : (706) 323-2962
Email : kcbutler@butlerprather.com

*Attorneys for Defendant Marjorie L. Conner*

BRENNAN & WASDEN, LLC

*/s/ Wiley A. Wasden, III*
Wiley A. Wasden, III
State Bar No. 738750
William E. Dillard
State Bar No. 222030
Post Office Box 8047
Savannah, Georgia 31412
Tel.:  (912) 232-6700
wwasden@brennanwasden.com
bdillard@brennanwasden.com

*Attorneys for Defendant Oscar Cruz*


**CERTIFICATE OF SERVICE**

This is to certify on this 24th day of June, 2024, the foregoing was served through the Court ECF system upon all counsel registered to receive service, and I caused the foregoing to be served via regular U.S. mail on the following:

Pablo Rangel-Rubio (Pro Se)
Register No. 22405-021
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA 95301

    KASOWITZ BENSON TORRES LLP

    */s/ Edward E. McNally*
    Edward E. McNally (*pro hac vice*)
    KASOWITZ BENSON TORRES LLP
    1633 Broadway
    New York, New York 10019
    Telephone: (212) 506-1700
    Facsimile: (212) 506-1800
    Email: EMcNally@kasowitz.com