IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN JOSEPH HUFFMAN, ESQ., as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 4:18-CV-184 |
| THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC.; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, a/k/a PABLO RANGEL-RUBIO, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' JUNE 2024 MOTIONS TO DISMISS

Pursuant to Local Rule (LR) 6.1, Plaintiff moves the Court to extend the time for him to file his responses to the following motions to dismiss, filed on June 20 and 21, 2024: Defendant Marjorie L. Conner's motion to dismiss (Doc. 204), Defendant Christopher Branch's motion to dismiss (Doc. 207), Defendant Oscar Cruz's motion to dismiss Plaintiff's Amended Complaint (Doc. 208), and Defendants The Davey Tree Expert Company and Wolf Tree, Inc.'s motion to dismiss the Amended Complaint (Doc. 209). Defendant Conner's motion to dismiss was filed on June 20, 2024, and the other three above-referenced motions were filed on June 21, 2024. Plaintiff respectfully requests that the Court allow him through and including July 26, 2024, to respond to each of these four motions to dismiss.

Per the Court's Order, "Plaintiff will have **TWENTY-ONE (21) DAYS** from the date any and each motion to dismiss is filed to file a response thereto." (Doc. 193, p. 3). Thus, Plaintiff's current deadline to respond to Defendant Conner's motion is July 11, 2024, and his current deadline to respond to the other three motions is July 12, 2024. The requested extension is 14 days from the current deadline for Plaintiff to respond to the last three motions to dismiss.

In the same, above-quoted Order, the Court "**DIRECT[ED]** Plaintiff to file a separate response to each motion [to dismiss] that is filed." (Doc. 193, p. 4). Plaintiff requests the additional time given the additional work involved in filing separate responses to each of the four above-referenced motions to dismiss, in addition to the large workload of Plaintiff's attorneys in the coming weeks.

"Extensions of time . . . must either be sought from the Clerk as set forth above, or be requested by motion to the Court." S.D. Ga. LR 6.1. The Clerk is allowed to grant extensions only "on consent." (Id.). Here, Plaintiff has not asked Defendants for, and Defendants have not given, their to consent to this motion.

The Court's above-quoted Order gave Defendants 21 days from the date Plaintiff filed his RICO statement, on April 24, 2024, to move to dismiss. (Doc. 193, p. 3; Doc. 196). After Plaintiff filed his RICO statement (Doc. 193), Defendants jointly moved twice for extensions within which to file motions to dismiss, which were granted. (Docs. 201 and 203). In total, the above-referenced Defendants were allowed 58 days to move to dismiss, 24 days more than the Plaintiff here requests.

Accordingly, Plaintiff requests that the Court allow him through and including July 26, 2024, to respond to the four motions to dismiss (Docs. 204, 207-209). A proposed order granting this motion is attached hereto as Exhibit 1.

Respectfully submitted this 25th day of June, 2024.

        GRIFFIN DURHAM TANNER & CLARKSON, LLC

        /s/ *James D. Durham*
        James D. Durham
        Georgia Bar No. 235515
        jdurham@griffindurham.com
        Samuel L. Mikell
        Georgia Bar No. 241146
        smikell@griffindurham.com
        104 West State Street, Suite 200
        Savannah, Georgia 31401
        Ph/Fax: (912) 867-9140

        BONDURANT, MIXSON & ELMORE, LLP

        John E. Floyd
        Georgia Bar No. 266413
        floyd@bmelaw.com
        1201 West Peachtree Street N.W.,
        Suite 3900
        Atlanta, Georgia 30309
        Telephone: (404) 881-4100
        Facsimile: (404) 881-4111

        SAVAGE TURNER PINCKNEY
        SAVAGE & SPROUSE

        Robert Bartley Turner
        Georgia Bar No. 006440
        bturner@savagelawfirm.net
        102 East Liberty Street, 8th Floor
        Savannah, Georgia 31412
        Telephone: (912) 231-1140

        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that I have this day served the foregoing through the Court's ECF system upon all counsel registered to receive service, and that I have served the foregoing via U.S. mail on the following *pro se* Defendant:

Pablo Rangel-Rubio (*Pro Se*)
Register No. 22405-021
USP Atwater
Post Office Box 019001 6A-123
Atwater, California 95301

This 25th day of June, 2024.

GRIFFIN DURHAM TANNER & CLARKSON, LLC

/s/ *James D. Durham*
James D. Durham
Georgia Bar No. 235515
jdurham@griffindurham.com
Samuel L. Mikell
Georgia Bar No. 241146
smikell@griffindurham.com
104 West State Street, Suite 200
Savannah, Georgia 31401
Ph/Fax: (912) 867-9140

*Counsel for Plaintiff*