IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN JOSEPH HUFFMAN, ESQ., as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 4:18-CV-184 |
| THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC.; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, a/k/a PABLO RANGEL-RUBIO, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The Court **GRANTS** Plaintiff's motion for an extension of time to respond to Defendants' June 2024 motions to dismiss. (Doc. no. [211]). The new deadline for Plaintiff to file his responses to the June 2024 motions to dismiss filed by Defendants Conner, Branch, Cruz, and Davey Tree and Wolf Tree (Doc. nos. 204, 207-209), is extended through and including July 26, 2024.

SO ORDERED this _____ day of _____, 2024.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA