IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of Eliud Montoya-Arcos, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 418-184 |
| THE DAVEY TREE EXPERT COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The Court **GRANTS** Plaintiff's Motion for Extension of Time to Respond to Defendants' June 2024 Motions to Dismiss. (Doc. no. 211.) The new deadline for Plaintiff to file his responses to the pending motions to dismiss, (doc. nos. 204, 207-209), is extended through and including July 26, 2024.

SO ORDERED this 26th day of June, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA