IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN JOSEPH HUFFMAN, ESQ., as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 4:18-CV-184 |
| THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC.; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, a/k/a PABLO RANGEL-RUBIO, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S RESPONSE OF NO OPPOSITION TO JOINT MOTION FOR ORAL ARGUMENT ON DEFENDANTS' JUNE 2024 MOTIONS TO DISMISS**

Defendants The Davey Tree Expert Company, Wolf Tree, Inc., Christopher Branch, Marjorie L. Conner, and Oscar Cruz jointly moved for oral argument on their respective, June 2024 motions to dismiss the Amended Complaint. (Doc. 210). Although Plaintiff opposes Defendants' motions to dismiss and will respond to same in due time, Plaintiff does not oppose Defendants' motion for oral argument.[1]

Respectfully submitted this 8th day of July, 2024.

[*Signatures on following page.*]

---

[1] Plaintiff's responses to Defendants' June 2024 motions to dismiss (Docs. 204, 207-209) are due July 26, 2024. (Doc. 212).

GRIFFIN DURHAM TANNER & CLARKSON, LLC

/s/ *James D. Durham*
James D. Durham
Georgia Bar No. 235515
jdurham@griffindurham.com
Samuel L. Mikell
Georgia Bar No. 241146
smikell@griffindurham.com
104 West State Street, Suite 200
Savannah, Georgia 31401
Ph/Fax: (912) 867-9140


BONDURANT, MIXSON & ELMORE, LLP

John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
1201 West Peachtree Street N.W.,
Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111


SAVAGE TURNER PINCKNEY
SAVAGE & SPROUSE

Robert Bartley Turner
Georgia Bar No. 006440
bturner@savagelawfirm.net
102 East Liberty Street, 8th Floor
Savannah, Georgia 31412
Telephone: (912) 231-1140

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that I have this day served the foregoing through the Court's ECF system upon all counsel registered to receive service, and that I have served the foregoing via U.S. mail on the following *pro se* Defendant:

Pablo Rangel-Rubio (*Pro Se*)
Register No. 22405-021
USP Atwater
Post Office Box 019001 6A-123
Atwater, California 95301

This 8th day of July, 2024.

GRIFFIN DURHAM TANNER & CLARKSON, LLC

/s/ *James D. Durham*
James D. Durham
Georgia Bar No. 235515
jdurham@griffindurham.com
Samuel L. Mikell
Georgia Bar No. 241146
smikell@griffindurham.com
104 West State Street, Suite 200
Savannah, Georgia 31401
Ph/Fax: (912) 867-9140

*Counsel for Plaintiff*