## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| **BRIAN JOSEPH HUFFMAN, Esq.,** ) <br> As Administrator of the Estate of ) <br> **ELIUD MONTOYA-ARCOS,** ) <br> **Deceased,** ) <br> ) <br>     **Plaintiff,** ) <br> vs. ) <br> ) <br> **THE DAVEY TREE EXPERT COMPANY,** ) <br> **WOLF TREE, INC., MARJORIE L.** ) <br> **CONNER, CHRISTOPHER BRANCH,** ) <br> **OSCAR CRUZ and PABLO RANGEL** ) <br> **a/k/a PABLO RANGEL-RUBIO,** ) <br> ) <br>     **Defendants.** ) | Case No. 18-cv-00184 |

### MOTION FOR LEAVE OF ABSENCE

COMES NOW, Robert Bartley Turner, attorney for Brian Joseph Huffman, Esq., As Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased and files this Motion for Leave of Absence for the following dates pursuant to Local Rule 83.9:

**April 10, 2025 thrugh April 30, 2025**

Notice has been provided to opposing counsel by electronic filing. If no objection is filed counsel requests that the Court grant his leave of absence for these dates.

RESPECTFULLY SUBMITTED, this 9th day of July, 2024.

                                     **/s/ Robert Bartley Turner**
                                     Robert Bartley Turner
                                     Georgia Bar No. 006440
                                     *Attorneys for Plaintiffs*

***SAVAGE, TURNER, PINCKNEY,***
 ***SAVAGE & SPROUSE***
P. O. Box 10600
Savannah, GA 31412
T: (912) 231-1140
bturner@savagelawfirm.net

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

RESPECTFULLY SUBMITTED, this 9th day of July, 2024.

                                        */s/ Robert Bartley Turner*
                                        Robert Bartley Turner
                                        Georgia Bar No. 006440
                                        *Attorneys for Plaintiffs*

***SAVAGE, TURNER, PINCKNEY,***
 ***SAVAGE & SPROUSE***
P. O. Box 10600
Savannah, GA 31412
T: (912) 231-1140
bturner@savagelawfirm.net