IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN JOSEPH HUFFMAN, ESQ. ) <br> AS ADMINISTRATOR OF THE ) <br> ESTATE OF ELIUD ) <br> MONTOYA-ARCOS, ) <br>     Decedent, ) <br> ) <br> v. ) <br> ) <br> THE DAVEY TREE EXPERT ) <br> COMPANY, WOLF TREE, INC., ) <br> MARJORIE L. CONNER, ) <br> CHRISTOPHER BRANCH, ) <br> OSCAR CRUZ, PABLO RANGEL ) <br> a/k/a PABLO RANGEL-RUBIO, ) | CASE NO. 4:18-CV-00184 |

## **MOTION FOR LEAVE OF ABSENCE**

COMES NOW, Kim Cofer Butler, as counsel for Defendant Marjorie L. Conner, in the above-styled proceeding, and respectfully requests a leave of absence from the Court pursuant to Local Rule 83.9 from August 16, 2024 to August 22, 2024, for a planned trip.

WHEREFORE, Defendant respectfully requests that this Honorable Court Grant its Motion for Leave of Absence for the above-stated dates.

Respectfully submitted this 11th day of July, 2024.

1

**BUTLER PRATHER LLP**

*/s/Kim Cofer Butler*
KIM COFER BUTLER
Georgia Bar No. 172950
kcbutler@butlerprather.com
Counsel for Defendant Marjorie L. Conner

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this date served the foregoing Motion for Leave of Absence upon all counsel registered to receive service in this case through the Court ECF system and served via regular U.S. mail on the following:

>Pablo Rangel (Pro Se) (22405-021)
>USP Atwater
>U.S. Penitentiary
>P.O. Box 019001
>Atwater, CA 95301

This 11th day of July, 2024.

>*/s/Kim Cofer Butler*
>KIM COFER BUTLER