IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN JOSEPH HUFFMAN, ESQ. ) <br> AS ADMINISTRATOR OF THE ) <br> ESTATE OF ELIUD ) <br> MONTOYA-ARCOS, ) <br>     Decedent, ) <br> ) <br> v. ) <br> ) <br> THE DAVEY TREE EXPERT ) <br> COMPANY, WOLF TREE, INC., ) <br> MARJORIE L. CONNER, ) <br> CHRISTOPHER BRANCH, ) <br> OSCAR CRUZ, PABLO RANGEL ) <br> a/k/a PABLO RANGEL-RUBIO, ) | CASE NO. 4:18-CV-00184 |

## **ORDER**

Application for leave of absence has been requested by Kim Cofer Butler, as counsel for Defendant Marjorie L. Conner, on August 16, 2024 to August 22, 2024 in the above-referenced case.

The above and foregoing request for leave of absence is approved.

This __ day of _____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA