## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN JOSEPH HUFFMAN, ESQ., as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 4:18-CV-184 |
| THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC.; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, a/k/a PABLO RANGEL-RUBIO, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT FOR RESPONSE TO DAVEY TREE AND WOLF TREE'S JUNE 2024 MOTION TO DISMISS

For his response in opposition to the June 2024 motion to dismiss filed by Defendants The Davey Tree Expert Company ("Davey Tree") and Wolf Tree, Inc. ("Wolf Tree") (Doc. 209), due Friday, July 26, 2024, Plaintiff hereby requests permission to exceed by ten pages the 30-page limit granted by the Court. In opposition to Defendants' last round of motions to dismiss, Plaintiff filed a single, consolidated response. (Doc. 157). In its Order denying Defendants' motions to dismiss without prejudice and anticipating renewed motions to dismiss, the Court directed Plaintiff to file a separate response to each renewed motion. (Doc. 193, pp. 3-4). The Court's reasons for doing so were the number of Defendants and the fact that "[the Defendants] do not all present the same arguments in their motions." (Id., pp.

3-4). In the same Order the Court *sua sponte* granted Plaintiff leave to exceed Local Rule 7.1(a)'s 26-page limit by four pages in each response. (Id., p. 4, n. 4).

Plaintiff appreciates the Court granting four additional pages to respond to each renewed motion. At the same time, Davey Tree and Wolf Tree's 34-page motion contains all arguments raised by all other moving Defendants, and Plaintiff submits that it warrants a longer response than the other motions. Accordingly, Plaintiff requests an additional ten pages to respond to Davey Tree and Wolf Tree's motion. Plaintiff does not request additional pages to respond to any other motion.

A proposed order granting this motion is attached hereto as Exhibit 1.

Respectfully submitted this 19th day of July, 2024.

**GRIFFIN DURHAM TANNER & CLARKSON**

By:     /s/ *James D. Durham*
         James D. Durham
         Georgia Bar No. 235515
         jdurham@griffindurham.com
         Samuel L. Mikell
         Georgia Bar No. 241146
         smikell@griffindurham.com
         104 West State Street, Suite 200
         Savannah, Georgia 31401
         Ph/Fax: (912) 867-9140

         *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have this day served the foregoing through the Court's ECF system upon all counsel registered to receive service, and that I have served the foregoing via U.S. mail on the following *pro se* Defendant:

Pablo Rangel-Rubio (*Pro Se*)
Register No. 22405-021
USP Atwater
Post Office Box 019001 6A-123
Atwater, California 95301

This 19th day of July, 2024.

**GRIFFIN DURHAM TANNER & CLARKSON**

By:   */s/ James D. Durham*
James D. Durham
Georgia Bar No. 235515
jdurham@griffindurham.com
104 West State Street, Suite 200
Savannah, GA 31401
Ph/Fax: 912-867-9140

*Attorneys for Plaintiff*