IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN JOSEPH HUFFMAN, ESQ., as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 4:18-CV-184 |
| THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC.; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, a/k/a PABLO RANGEL-RUBIO, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

For his response in opposition to the June 2024 motion to dismiss filed by Defendants The Davey Tree Expert Company ("Davey Tree") and Wolf Tree, Inc. ("Wolf Tree") (Doc. 209), Plaintiff moved to exceed by ten pages the 30-page limit granted by the Court *sua sponte*. Plaintiff does not request additional pages to respond to any other motion. Upon consideration, the Court **GRANTS** Plaintiff's request to file a response of no more than 40 pages to Davey Tree and Wolf Tree's June 2024 motion.

SO ORDERED this _____ day of July, 2024, at August, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA