IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of Eliud Montoya-Arcos, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CV 418-184 ) |
| THE DAVEY TREE EXPERT COMPANY, et al., | ) ) ) ) |
| Defendants. | ) |

**O R D E R**

Plaintiff seeks permission to file a brief ten pages in excess of the thirty pages allowed by the Court's prior Order, (doc. no. 193, p. 4 n.4), for his response in opposition to Defendants The Davey Tree Expert Company and Wolf Tree, Inc.'s motion to dismiss, (doc. no. 209). Upon consideration, the Court **GRANTS** Plaintiff's request to file a brief of no more than forty pages. (Doc. no. 218.)

SO ORDERED this 22nd day of July, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA