# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 18-cv-00184-RSB-BKE |
| THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, also known as Pablo Rangel-Rubio, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS THE DAVEY TREE EXPERT COMPANY AND WOLF TREE, INC.'S NOTICE OF INTENT TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Local Rule 7.6, Defendants The Davey Tree Expert Company and Wolf Tree, Inc., hereby notify the Clerk of Court of their intent to file a reply brief in further support of their Motion to Dismiss the Amended Complaint. (ECF No. 209). Defendants will file their reply brief within the time allowed by Local Rules 6.1 and 7.6.

Dated: August 1, 2024
       New York, New York

    KASOWITZ BENSON TORRES LLP

    */s/ Edward E. McNally*
    Edward E. McNally (*pro hac vice*)
    Brian S. Choi (*pro hac vice forthcoming*)
    Marcellene E. Hearn (*pro hac vice forthcoming*)
    1633 Broadway
    New York, New York 10019
    Telephone: (212) 506-1700
    Facsimile: (212) 506-1800
    Email: EMcNally@kasowitz.com

    HUNTER, MACLEAN, EXLEY & DUNN P.C.

    Christopher W. Phillips
    Georgia Bar No. 002920
    P.O. Box 9848
    Savannah, GA 31412-0048
    Telephone: (912) 236-0261
    Facsimile: (912) 236-4936
    Email: cphillips@huntermaclean.com

    *Attorneys for Defendants The Davey Tree*
    *Expert Company and Wolf Tree, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this day, I caused the foregoing to be served through the Court ECF system upon all counsel registered to receive service, and via regular U.S. mail on the following:

Pablo Rangel-Rubio (*Pro Se*)
Register No. 22405-021
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA 95301

This 1st day of August, 2024

    KASOWITZ BENSON TORRES LLP

    /s/ *Edward E. McNally*
    Edward E. McNally *(pro hac vice)*
    Brian S. Choi (*pro hac vice forthcoming*)
    Marcellene E. Hearn (*pro hac vice forthcoming*)
    New York, New York 10019
    Telephone: (212) 506-1700
    Facsimile: (212) 506-1800
    Email: EMcNally@kasowitz.com