IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased, )<br>)<br>)<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>THE DAVEY TREE EXPERT COMPANY; )<br>WOLF TREE, INC; MARJORIE L. )<br>CONNER; CHRISTOPHER BRANCH; )<br>OSCAR CRUZ; and PABLO RANGEL, )<br>also known as Pablo Rangel-Rubio, )<br>)<br>*Defendants*. ) | Case No. 4:18-cv-00184<br><br>Hon. R. Stan Baker |

**CHRISTOPHER BRANCH'S NOTICE OF INTENT TO FILE A
REPLY BRIEF IN FURTHER SUPPORT OF HIS MOTION TO DISMISS**

COMES NOW Defendant Christopher Branch ("Defendant"), pursuant to LR 7.6, and hereby files this Notice of Intent to File a Reply Brief in Further Support of his Motion to Dismiss (Doc. 207) and in response to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Amended Complaint (Doc. 223). Defendant will file the Reply Brief within the time allowed by Local Rules 6.1 and 7.6.

*[Signature page follows.]*

1

Dated: August 1, 2024

                                                BOUHAN FALLIGANT LLP

                                                */s/ Carlton E. Joyce*
                                                CARLTON E. JOYCE
                                                State Bar of Georgia No. 405515
                                                GARY J. MCGINTY
                                                State Bar of Georgia No. 602353

                                                *Attorneys for Defendant Christopher Branch*

Post Office Box 2139
Savannah, Georgia 31402
T: 912.232.7000
F: 912.233.0811
Email:  cejoyce@bouhan.com
           gmcginty@bouhan.com

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was served through the Court's ECF system upon all counsel registered to receive service, and served via regular U.S. mail on the following:

Pablo Rangel-Rubio (Pro Se)
USP Atwater
U.S. Penitentiary
P.O. BOX 019001
Atwater, CA 95301

Dated: August 1, 2024

BOUHAN FALLIGANT LLP

*/s/ Carlton E. Joyce*
CARLTON E. JOYCE
State Bar of Georgia No. 405515
GARY J. MCGINTY
State Bar of Georgia No. 602353
*Attorneys for Defendant Christopher Branch*

Post Office Box 2139
Savannah, Georgia 31402
T: 912.232.7000
F: 912.233.0811
Email: cejoyce@bouhan.com
        gmcginty@bouhan.com