### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased,<br><br>*Plaintiff*,<br><br>v.<br><br>THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC.; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, also known as Pablo Rangel-Rubio,<br><br>*Defendants*. | Case No. 18-cv-00184<br><br>Hon Stan R. Baker |

**DEFENDANT OSCAR CRUZ'S NOTICE OF INTENT TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF HIS MOTION TO DISMISS**

Defendant Oscar Cruz ("Cruz") pursuant to LR 7.6, hereby files this Notice of Intent to File a Reply Brief in Further Support of his Motion to Dismiss (Doc. 208) and in response to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Amended Complaint (Doc. 221). Defendant will file the Reply Brief within the time allowed by Local Rules 6.1 and 7.6.

This 2nd day of August, 2024.

                                                    BRENNAN & WASDEN, LLC

                                                    By:   /s/ Wiley A. Wasden, III
                                                              Wiley A. Wasden, III
                                                              Lead Counsel
                                                              State Bar No. 738750
                                                              William E. Dillard
                                                              State Bar No. 222030

                                                              *Attorneys for Defendant Oscar Cruz*

Post Office Box 8047
Savannah, Georgia 31412
912-232-6700 TELEPHONE
912-232-0799 FACSIMILE
wwasden@brennanwasden.com
bdillard@brennanwasden.com
1394-2

## CERTIFICATE OF SERVICE

This is to certify on this 2nd day of August, 2024, the foregoing was served through the Court's ECF system upon all counsel registered to receive service, and served via regular U.S. mail on the following:

**Pablo Rangel-Rubio (Pro Se)**
**USP Atwater**
**U.S. Penitentiary**
**P.O. Box 019001**
**Atwater, CA  95301**

          BRENNAN & WASDEN, LLC

          By:   /s/ Wiley A. Wasden, III
                 Wiley A. Wasden, III
                 Lead Counsel
                 State Bar No. 738750
                 William E. Dillard
                 State Bar No. 222030

             *Attorneys for Defendant Oscar Cruz*

Post Office Box 8047
Savannah, Georgia 31412
(912) 232-6700 TELEPHONE
(912) 232-0799 FACSIMILE
wwasden@brennanwasden.com
bdillard@brennanwasden.com