IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN JOSEPH HUFFMAN, ESQ. AS ADMINISTRATOR OF THE ESTATE OF ELIUD MONTOYA-ARCOS, Decedent, | ) ) ) ) ) ) | |
| v. | ) ) | CASE NO. 4:18-CV-00184 |
| THE DAVEY TREE EXPERT COMPANY, WOLF TREE, INC., MARJORIE L. CONNER, CHRISTOPHER BRANCH, OSCAR CRUZ, PABLO RANGEL a/k/a PABLO RANGEL-RUBIO, | ) ) ) ) ) ) | |

**MARJORIE L. CONNER'S NOTICE OF INTENT
TO FILE A REPLY BRIEF IN SUPPORT OF HER
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Local Rule 7.6, Defendant Marjorie L. Conner, hereby notifies the Clerk of Court of her intent to file a reply brief in further support of her Motion to Dismiss the Amended Complaint (Doc. No. 204). She will file her reply within the time allowed by Local Rules 6.1 and 7.6.

This 2d day of August, 2024.

BUTLER PRATHER LLP

*/s/ Kimberly Cofer Butler*

| | |
|---|---|
| P.O. Box 2766 | KIMBERLY COFER BUTLER |
| Columbus, GA 31902 | Georgia State Bar No. 172950 |
| T:  (706) 322-1990 | kcbutler@butlerprather.com |
| F:  (706) 323-2962 | Counsel for Defendant Marjorie L. Conner |

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served through the Court ECF system upon all counsel registered to receive service and served via regular U.S. mail on the following:

Pablo Rangel (Pro Se) (22405-021)
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA 95301

This 2d day of August, 2024.

|  |  |
|---|---|
|  | BUTLER PRATHER LLP |
|  |  |
|  | */s/ Kimberly Cofer Butler* |
| P.O. Box 2766 | KIMBERLY COFER BUTLER |
| Columbus, GA 31902 | Georgia State Bar No. 172950 |
| T:  (706) 322-1990 | kcbutler@butlerprather.com |
| F:  (706) 323-2962 | Counsel for Defendant Marjorie L. Conner |