IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, also known as Pablo Rangel-Rubio, <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 18-cv-00184 ) ) ) ) ) ) ) ) ) |

**JOINT MOTION FOR CLERK'S EXTENSION OF TIME
TO FILE REPLY BRIEFS IN FURTHER SUPPORT OF
DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Local Rule 6.1, Defendants The Davey Tree Expert Company ("Davey Tree") and Wolf Tree, Inc. ("Wolf Tree,"), Marjorie L. Conner ("Conner"), Christopher Branch ("Branch"), and Oscar Cruz ("Cruz," and collectively with Davey Tree, Wolf Tree, Conner, and Branch, the "Defendants") respectfully and jointly move the Clerk of Court to extend the time for Defendants to file their reply briefs in further support of their respective Motions to Dismiss the Amended Complaint (the "Motions to Dismiss").

Defendants filed their Motions to Dismiss on June 20, 2024 and June 21, 2024. (ECF Nos. 204, 207-09.) Plaintiff filed his responses to the Motions to Dismiss on July 26, 2024. (ECF Nos. 220-23.) Currently, Defendants' reply briefs are due on August 9, 2024. Defendants respectfully request that the Clerk of Court extend the deadline by which to file their respective reply briefs by 14 days, up to and including August 23, 2024.

1

Dated: August 2, 2024
New York, New York

        KASOWITZ BENSON TORRES LLP

        */s/ Edward E. McNally*
        Edward E. McNally (*pro hac vice*)
        Brian S. Choi (*pro hac vice forthcoming*)
        Marcellene E. Hearn (*pro hac vice forthcoming*)
        1633 Broadway
        New York, New York 10019
        Telephone: (212) 506-1700
        Facsimile: (212) 506-1800
        Email: EMcNally@kasowitz.com

        HUNTER, MACLEAN, EXLEY & DUNN P.C.

        Christopher W. Phillips
        Georgia Bar No. 002920
        P.O. Box 9848
        Savannah, GA 31412-0048
        Telephone: (912) 236-0261
        Facsimile: (912) 236-4936
        Email: cphillips@huntermaclean.com

        *Attorneys for Defendants The Davey Tree Expert Company and Wolf Tree, Inc.*

        BUTLER PRATHER LLC

        */s/ Kimberly Cofer Butler*
        Kimberly Cofer Butler
        Georgia Bar No. 172950
        Butler Prather LLP
        PO Box 2766
        Columbus, GA 31902
        Telephone: 706-577-7101
        Fax:    706-323-2962
        Email:  kcbutler@butlerprather.com

        *Attorneys for Defendant Marjorie L. Conner*

BOUHAN FALLIGANT LLP

*/s/ Carlton E. Joyce*
Carlton E. Joyce
Georgia Bar No. 405515
Gary J. McGinty
Georgia Bar No. 602353
Post Office Box 2139
Savannah, Georgia 31402-2139
Telephone: (912) 232-7000
Facsimile: (912) 233-0811
Email: cejoyce@bouhan.com
           gmcginty@bouhan.com

*Attorneys for Defendant Christopher Branch*

BRENNAN & WASDEN, LLC

*/s/ Wiley A. Wasden, III*
Wiley A. Wasden, III
Georgia Bar No. 738750
William E. Dillard, III
Georgia Bar No. 222030
Post Office Box 8047
Savannah, Georgia 31412
Telephone:  (912) 232-6700
Facsimile:   (912) 233-0799
Email: wwasden@brennanwasden.com
           bdillard@brennanwasden.com

*Attorneys for Defendant Oscar Cruz*

## CERTIFICATE OF SERVICE

I certify that on this day, I caused the foregoing to be served through the Court ECF system upon all counsel registered to receive service, and via regular U.S. mail on the following:

Pablo Rangel-Rubio (*Pro Se*)
Register No. 22405-021
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA 95301

This 2nd day of August, 2024

        KASOWITZ BENSON TORRES LLP

        /s/ *Edward E. McNally*
        Edward E. McNally (*pro hac vice*)
        Brian S. Choi (*pro hac vice forthcoming*)
        Marcellene E. Hearn (*pro hac vice forthcoming*)
        New York, New York 10019
        Telephone: (212) 506-1700
        Facsimile: (212) 506-1800
        Email: EMcNally@kasowitz.com