IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> THE DAVEY TREE EXPERT COMPANY; WOLF TREE; INC; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, also known as Pablo Rangel-Rubio, <br><br> Defendants. | No. 4:18-CV-184 |

## CLERK'S EXTENSION ORDER

Defendants The Davey Tree Expert Company, Wolf Tree, Inc., Marjorie L. Conner, Christopher Branch, and Oscar Cruz (collectively, "Defendants") filed a joint motion pursuant to Local Rule 6.1 for a Clerk's extension of time to file their reply briefs in further support of their motions to dismiss the amended complaint (ECF Nos. 204; 207-209).

The deadline for Defendants to file their reply briefs is hereby extended 14 days, up to and including Friday, August 23, 2024.

SO ORDERED this 5th day of August, 2024.



_Tara H. Burton_
Deputy Clerk

John E. Triplett
Clerk of the Court
United States District Court
Southern District of Georgia