IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRIAN JOSEPH HUFFMAN, ESQ., as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased,<br><br>  Plaintiff,<br><br>vs.<br><br>THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC.; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, a/k/a PABLO RANGEL-RUBIO,<br><br>  Defendants. | CIVIL ACTION NO. 4:18-CV-184 |

**PLAINTIFF'S NOTICE OF INTENT TO FILE SUR-REPLY**

Pursuant to Local Rule 7.6, Plaintiff hereby serves notice that he intends to file one consolidated sur-reply to Defendants' replies in support of their June 2024 motions to dismiss, specifically: Defendant Marjorie L. Conner's reply brief in further support of her motion to dismiss, filed on August 22, 2024 (Doc. 230); Defendant Christopher Branch's reply brief in further support of his motion to dismiss, filed on August 23, 2024 (Doc. 231); Defendant Oscar Cruz's reply brief in support of his motion to dismiss Plaintiff's Amended Complaint, also filed on August 23 (Doc. 232); and Defendants The Davey Tree Expert Company and Wolf Tree, Inc.'s reply in further support of their motion to dismiss the Amended Complaint, also filed on August 23 (Doc. 233).

[*Continue onto next page.*]

-2-

Respectfully submitted this 3rd day of September, 2024.

**GRIFFIN DURHAM TANNER & CLARKSON, LLC**

/s/ *James D. Durham*
James D. Durham
Georgia Bar No. 235515
jdurham@griffindurham.com
Samuel L. Mikell
Georgia Bar No. 241146
smikell@griffindurham.com
104 West State Street, Suite 200
Savannah, Georgia 31401
Ph/Fax: (912) 867-9140

*Attorneys for Plaintiff*

-3-

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing through the Court's ECF system upon all counsel of record, and that I have served the foregoing by U.S. mail on the following *pro se* Defendant:

> Pablo Rangel-Rubio (*Pro Se*)
> Register No. 22405-021
> USP Atwater
> Post Office Box 019001 6A-123
> Atwater, California 95301

This 3rd day of September, 2024.

**GRIFFIN DURHAM TANNER & CLARKSON, LLC**

/s/ *James D. Durham*
James D. Durham
Georgia Bar No. 235515
jdurham@griffindurham.com
104 West State Street, Suite 200
Savannah, GA 31401
Ph/Fax: 912-867-9140

*Attorneys for Plaintiff*