IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **Brian Joseph Huffman, Esq.,** )<br>**As Administrator of** )<br>**The Estate of ELIUD MONTOYA-** )<br>**ARCOS, Deceased,** )<br>)<br>)<br>**Plaintiff,** )<br>   vs.  )<br>)<br>**THE DAVEY TREE EXPERT COMPANY,** )<br>**WOLF TREE, INC., MARJORIE L.** )<br>**CONNER, CHRISTOPHER BRANCH,** )<br>**OSCAR CRUZ and PABLO RANGEL** )<br>**a/k/a PABLORANGEL-RUBIO,** )<br>)<br>**Defendants.** ) | CASE NO: CV418-184 |

## CLERK'S EXTENSION ORDER

Plaintiff Briam Huffman filed a motion pursuant to Local Rule 6.1 for the Clerk of Court to extend the time for the Plaintiff to file his opposition to the motion for clarification, or in the alternative, for reconsideration filed by Defendants The Davey Tree Expert Company and Wolf Tree, Inc. (ECF No. 276) (the "Motion for Reconsideration").

The deadline for plaintiff to file his response to the Motion for Reconsideration is hereby extended 14 days, through and including Monday, April 28, 2025.

SO ORDERED THIS 9th day of April, 2025.



*Tara H. Burton*
Deputy Clerk

John E. Triplett, Clerk
United States District Court
Southern District of Georgia