# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| BRIAN J. HUFFMAN, as Administrator of the Estate of ELIUD MONTOYA-ARCOS, Deceased, <br><br> *Plaintiff*, <br><br> v. <br><br> THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC.; MARJORIE L. CONNER; CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO RANGEL, also known as Pablo Rangel-Rubio, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 18-cv-00184 |

## NOTICE OF CHANGE OF FIRM NAME

TO:   District Court Clerk and All Parties of Record:

PLEASE TAKE NOTICE THAT Kasowitz, Benson, Torres LLP has changed its name to Kasowitz LLP as of June 25, 2025.  The firm and its lawyers' addresses, e-mail addresses, phone numbers and fax numbers have not been affected by this change.  Please take notice of this change and update your records accordingly.

Dated: New York, New York
       July 8, 2025

KASOWITZ LLP

*/s/ Edward E. McNally*

| | |
|---|---|
| Edward E. McNally (admitted *pro hac vice*) <br> Brian S. Choi (admitted *pro hac vice*) <br> Marcellene E. Hearn (admitted *pro hac vice*) <br> 1633 Broadway <br> New York, New York 10019 <br> Telephone:  (212) 506-1700 <br> Facsimile:  (212) 506-1800 <br> Email:  emcnally@kasowitz.com | Christopher W. Phillips <br> Georgia Bar No. 002920 <br> HUNTER, MACLEAN, EXLEY & DUNN P.C. <br> P.O. Bo 9848 <br> Savannah, GA 31412-0048 <br> Telephone:  (912) 236-0261 <br> Facsimile:  (912) 236-4936 <br> Email:  cphillips@huntermaclean.com |

## **CERTIFICATE OF SERVICE**

This is to certify on the 8th day of July, 2025, the foregoing document was served upon all counsel of record via ECF, with a hard-copy served via regular U.S. mail on the following party:

Pablo Rangel-Rubio (*Pro Se*)
Register No. 22405-021
USP Atwater
U.S. Penitentiary
P.O. BOX 019001
Atwater, California 95301

                                         KASOWITZ LLP
                                         */s/ Edward E. McNally*
                                         Edward E. McNally (admitted *pro hac vice*)
                                         KASOWITZ LLP
                                         1633 Broadway
                                         New York, New York 10019
                                         Telephone:  (212) 506-1700
                                         Facsimile:  (212) 506-1800
                                         Email:  emcnally@kasowitz.com