# United States District Court
## Southern District of Georgia

Brian J. Huffman, Esq., as Administrator of the Estate of Eliud Montoya-Arcos, Deceased
Plaintiff

Case No. 4:18-CV-00184

v.

The Davey Tree Expert Company, et al.
Defendant

Appearing on behalf of The Davey Tree Expert Company and Wolf Tree,
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 16th day of January, 2026.

*[signature]*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Daniel J. Fetterman

Business Address: Kasowitz LLP (Firm/Business Name)
1633 Broadway (Street Address)
New York, NY 10019

Mailing Address (if other than street address): —

Telephone Number: (212) 506-1934

Georgia Bar Number: —

Email Address: DFetterman@kasowitz.com