AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

BRIAN J. HUFFMAN, as Administrator of the
Estate of Eliud Montoya-Arcos, Deceased,

      Plaintiff,

                 **V.**

THE DAVEY TREE EXPERT COMPANY;
WOLF TREE, INC.; MARJORIE L. CONNER;
CHRISTOPHER BRANCH; OSCAR CRUZ; and PABLO
RANGEL, a/k/a PABLO RANGEL-RUBIO.

      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 4:18-cv-00184

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated March 25, 2026, the Court grants Defendant's renewed Motion to Remand and remands this case to the State Court of Chatham County.  This case stands closed.

| | |
|---|---|
| 3/25/2026 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |

*(By) Ann Duke, Deputy Clerk*

GAS Rev 10/1/03